**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
AT TACOMA
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

July 28, 2010

SELKOWITZ ET AL V. FIRST AMERICAN TITLE INSURANCE COMPANY ET AL
United States District Court Case No.: 3:10–cv–05523–JCC
Superior/District Court Case No.: 10–2–24157–4

Dear Counsel or Pro se Party:

The above entitled action was removed to the United States District Court from the Superior/District Court on July 27, 2010 This case has been assigned to the Honorable Benjamin H Settle.

Your attention is directed to the provisions of Rule 38(b) and 81(c) of the Federal Rules of Civil Procedure, pertaining to the filing of demands for trial by jury in Federal Court.

You are also advised that Local Civil Rule 101(b) states that each petitioner for removal under Chapter 89 of Title 28, U.S.C., shall, within fourteen days of filing his notice of removal, file with the clerk of this court copies of all additional records and proceedings in the state court, together with verification of counsel that they are true and complete copies of all the records and proceedings in the state court proceeding. The copies need not be allowed as a cost item under 28 U.S.C. § 1920(4) unless certification is required after an opposing party challenges the accuracy of the copies. Records and proceedings in the state court, filed with the notice of removal, need not be refiled.

Pursuant to Local Civil Rule 101(c), if a motion is pending and undecided in the state court at the time of removal, it will not be considered unless and until the moving party notes the motion on this court's calendar in accordance with Local Civil Rule 7(d).

Thank you for your cooperation.

Sincerely,

Bruce Rifkin, Clerk

By: s/ Rachel Evans
     Deputy Clerk