**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART ST, Suite 2310
SEATTLE, WASHINGTON 98101

July 28, 2010

Kevin Selkowitz v Litton Loan Servicing, LP, et al
United States District Court Case No.:3:10-CV-5223-JCC
Superior Court Case No.:10-2-24157-4-KNT

Counsel:

The above entitled action was removed to the United States District Court from the Superior Court on July 27, 2010. This case has been assigned to the Honorable John C. Coughenour.

Your attention is directed to the provisions of Rule 38(b) and 81(c) of the Federal Rules of Civil Procedure, pertaining to the filing of demands for trial by jury in Federal Court.

You are also advised that Local Civil Rule 101(b) states that each petitioner for removal under Chapter 89 of Title 28, U.S.C., shall, within fourteen days of filing his notice of removal, file with the clerk of this court copies of all additional records and proceedings in the state court, together with his or his counsel's verification that they are true and complete copies of all the records and proceedings in the state court proceeding. The copies need not be certified or exemplified by the State Court, and the added cost of certification or exemplification will not be allowed as a cost item under 28 U.S.C. § 1920(4) unless certification is required after an opposing party challenges the accuracy of the copies. Records and proceedings in the state court, filed with the notice of removal, need not be refiled.

Pursuant to Local Civil Rule 101(c), if a motion is pending and undecided in the state court at the time of removal, it will not be considered unless and until the moving party notes the motion on this court's calendar in accordance with Local Civil Rule 7(d).

Sincerely,

BRUCE RIFKIN, Clerk


Rachel Evans
Deputy Clerk

cc:    all counsel
       United States District Court case file