1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

10

KEVIN SELKOWITZ, an individual,

Plaintiff,

v.

LITTON LOAN SERVICING, LP, a Delaware
Limited Partnership; NEW CENTURY
MORTGAGE CORPORATION, a California
corporation; QUALITY LOAN SERVICE
CORPORATION OF WASHINGTON, a
Washington corporation; FIRST AMERICAN
TITLE INSURANCE COMPANY, a
Washington corporation; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., a Delaware Corporation, and DOE
DEFENDANTS 1-20,

Defendants.

No.:  3:10-cv-05523-JCC

Attorney Verification re State Court Records

11

12

13

14

15

16

17

18

19

20

21

22

23

Mary Stearns declares as follows:

24

1.     I am over the age of eighteen (18) years, and make this declaration based upon my

25

personal knowledge of the facts contained herein.

26

27

28

Attorney Verification
Page 1
MH #WA WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

2.   I am the attorney primarily responsible for this case with the Law Firm of McCarthy & Holthus, LLP, counsel for Defendant Quality Loan Services Corporation of Washington ("QLS") in the above-captioned matter.

3.   I am submitting this verification pursuant to Local Civil Rule No. 101.

4.   Attached hereto are true and complete copies of all of the records and proceedings in the state court proceeding filed in the Superior Court of the State of Washington for the County of King under case number 10-2-24157-4, excepting the summons and complaint which were filed with the Notice of Removal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in Poulsbo, Washington on July 29, 2010.

___/S/__Mary Stearns_____
Mary Stearns, Esq., WSBA #42543
Attorneys for Defendant Quality Loan
Service Corporation of Washington

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

CERTIFICATE OF SERVICE

1

2    I certify that on July 29, 2010, I served a copy of the foregoing document in the manner
     specified on the following:

3

4
| Richard Llewelyn Jones | ☐ Hand Delivery |
| Richard Llewelyn Jones, P.S. | ☐ First Class Mail |
| 2050 112th Avenue N.E., Suite 230 | X Electronic Mail [via efiling] |
| Bellevue, WA 98004 | ☐ Facsimile |
| rlj@richardjoneslaw.com | ☐ Process Server |
| | ☐ Federal Express |
| Heidi E. Buck | ☐ Hand Delivery |
| Routh Crabtree Olsen | ☐ First Class Mail |
| 3535 Factoria Blvd, Suite 200 | X Electronic Mail [via efiling] |
| Bellevue, WA 98006 | ☐ Facsimile |
| hbuck@rcolegal.com | ☐ Process Server |
| | ☐ Federal Express |
| Kennard M. Goodman | ☐ Hand Delivery |
| Ann T. Marshall | ☐ First Class Mail |
| Bishop White Marshall & Weibel, P.S. | X Electronic Mail [via efiling] |
| 720 Olive Way, Suite 1301 | ☐ Facsimile |
| Seattle, WA 98101 | ☐ Process Server |
| kgoodman@bwmlegal.com | ☐ Federal Express |
| amarshall@bwmlegal.com | |

14

15    I declare under penalty of perjury under the laws of the Unites States of America and the
      State of Washington that the foregoing is true and correct and that this Declaration was executed
16    in Poulsbo, Washington.

17       Dated: July 29, 2010

18

19                                          Melissa Rice,  Legal Assistant
                                            McCarthy & Holthus, LLP

20

21

22

23

24

25

26

27

28

Attorney Verification
Page 3
MH #WA WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

**FILED**

10 JUL 02 AM 8:30

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 10-2-24157-4 KNT

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| Kevin Selkowitz | NO.  10-2-24157-4    KNT |
| | Order Setting Civil Case Schedule (*ORSCS) |
| Plaintiff(s) | |
| vs | |
| Litton Loan Servicing LP et al. | ASSIGNED JUDGE  McDermott            38 |
| | FILE DATE:                    07/02/2010 |
| Defendant(s) | **TRIAL DATE:              12/19/2011** |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

### I. NOTICES

**NOTICE TO PLAINTIFF:** The Plaintiff may serve a copy of this **Order Setting Case Schedule (Schedule)** on the Defendant(s) along with the **Summons and Complaint/Petition.** Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the **Summons and Complaint/Petition** or (2) service of the Defendant's first response to the **Complaint/Petition**, whether that response is a **Notice of Appearance**, a response, or a Civil Rule 12 (CR 12) motion. The **Schedule** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

*"I understand that I am required to give a copy of these documents to all parties in this case."*

_____  |  _____

Print Name                                                Sign Name

Order Setting Civil Case Schedule (*ORSCS)                                    REV. 12/08    1

## I. NOTICES (continued)

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLR*] -- especially those referred to in this *Schedule*. In order to comply with the *Schedule*, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLR 26*], and for meeting the discovery cutoff date [*See KCLR 37(g)*].

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD PARTY COMPLAINTS:**
A filing fee of **$200** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of all parties and claims is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of all parties and claims is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING AND TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and cross-claims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $220 arbitration fee.** If a party seeks a trial de novo when an arbitration award is appealed, a fee of $250 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
All parties will be assessed a fee authorized by King County Code 4.71.050 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements and/or Local Civil Rule 41.

**King County Local Rules are available for viewing at www.kingcounty.gov/courts/clerk.**

## II. CASE SCHEDULE

| CASE EVENT | DEADLINE or EVENT DATE | | Filing Needed |
|---|---|---|---|
| Case Filed and Schedule Issued. | Fri | 07/02/2010 | * |
| Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [*See KCLMAR 2.1(a) and Notices on Page 2*]. **$220 arbitration fee must be paid** | Fri | 12/10/2010 | * |
| **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration. [*See KCLCR 4.2(a) and Notices on Page 2*]. | Fri | 12/10/2010 | * |
| **DEADLINE** for Hearing Motions to Change Case Assignment Area. [*See KCLCR 82(e)*] | Mon | 12/27/2010 | |
| **DEADLINE** for Disclosure of Possible Primary Witnesses [*See KCLCR 26(b)*]. | Mon | 07/18/2011 | |
| **DEADLINE** for Disclosure of Possible Additional Witnesses [*See KCLCR 26(b)*]. | Mon | 08/29/2011 | |
| **DEADLINE** for Jury Demand [*See KCLCR 38(b)(2)*]. | Mon | 09/12/2011 | * |
| **DEADLINE** for Setting Motion for a Change in Trial Date [*See KCLCR 40(d)(2)*]. | Mon | 09/12/2011 | * |
| **DEADLINE** for Discovery Cutoff [*See KCLCR 37(g)*]. | Mon | 10/31/2011 | |
| **DEADLINE** for Engaging in Alternative Dispute Resolution [*See KCLCR 16(b)*]. | Mon | 11/21/2011 | |
| **DEADLINE** for Exchange Witness & Exhibit Lists & Documentary Exhibits [*See KCLCR 4(j)*]. | Mon | 11/28/2011 | |
| **DEADLINE** to file Joint Confirmation of Trial Readiness [*See KCLCR 16*] | Mon | 11/28/2011 | * |
| **DEADLINE** for Hearing Dispositive Pretrial Motions [*See KCLCR 56; CR 56*]. | Mon | 12/05/2011 | |
| Joint Statement of Evidence [*See KCLCR (4)(k)*]. | Mon | 12/12/2011 | * |
| **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file Proposed Findings of Fact and Conclusions of Law with the Clerk) | Mon | 12/12/2011 | * |
| Trial Date [*See KCLCR 40*]. | Mon | 12/19/2011 | |

## III. ORDER

Pursuant to King County Local Civil Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in Local Civil Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance. It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.

**DATED:**   7/1/2010

**PRESIDING JUDGE**

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:** If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:** Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx .

**CASE SCHEDULE AND REQUIREMENTS**
Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

**A. Joint Confirmation regarding Trial Readiness Report:**
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g. interpreters, equipment, etc.).

The form is available at http://www.kingcounty.gov/courts/superiorcourt.aspx . If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding said report.

**B. Settlement/Mediation/ADR**
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

**C. Trial:** Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the King County Superior Cour website http://www.kingcounty.gov/courts/superiorcourt.aspx to confirm trial judge assignment. Information can also be obtained by calling (206) 205-5984.

## MOTIONS PROCEDURES

**A. Noting of Motions**

**Dispositive Motions:** All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part. The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Nondispositive Motions:** These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the Note for Motion should state "Without Oral Argument." Local Civil Rule 7 governs these motions, which include discovery motions. The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions calendar. Local Civil Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Emergency Motions:**   Under the court's local civil rules, emergency motions will be allowed only upon entry of an Order Shortening Time. However, emergency discovery disputes may be addressed by telephone call and without written motion, if the judge approves.

## B. Original Documents/Working Copies/ Filing of Documents

**All original documents must be filed with the Clerk's Office.** Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the new requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court. The exceptions to the e-filing requirement are also available on the Clerk's Office website.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge. The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom. Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator. On June 1, 2009 you will be able to submit working copies through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk.

**Service of documents.** E-filed documents may be electronically served on parties who opt in to E-Service within the E-Filing application. The filer must still serve any others who are entitled to service but who have not opted in. E-Service generates a record of service document that can be e-filed. Please see information on the Clerk's office website at www.kingcounty.gov/courts/clerk regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion. Do not file the original of the proposed order with the Clerk of the Court. Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order.

**Presentation of Orders:** All orders, agreed or otherwise, must be presented to the assigned judge. If that judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the assigned judge or in the Ex Parte Department.** Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department.  **If final order and/or formal proof are entered in the Ex Parte Department, counsel is responsible for providing the assigned judge with a copy.**

**C.    Form**

Memoranda/briefs for matters heard by the assigned judge may not exceed twenty four (24) pages for dispositive motions and twelve (12) pages for nondispositive motions, unless the assigned judge permits over-length memoranda/briefs in advance of filing.  Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

*IT IS SO ORDERED.  FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS.  PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.*

**PRESIDING JUDGE**

FILED

10 JUL 02 AM 8:30

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 10-2-24157-4 KNT

SUPERIOR COURT OF WASHINGTON
COUNTY OF KING

Kevin Selkowitz

VS

Litton Loan Servicing LP et al.

NO. 10-2-24157-4 KNT

CASE INFORMATION COVER SHEET
AND AREA DESIGNATION

CAUSE OF ACTION

**(MSC) -**   OTHER COMPLAINTS/PETITIONS

AREA DESIGNATION

**KENT -**   Defined as all King County south of Interstate 90 except those
areas included in the Seattle Case Assignment Area.

FILED

10 JUL 02 AM 8:30

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 10-2-24157-4 KNT

IN THE SUPERIOR COURT FOR THE COUNTY OF KING
STATE OF WASHINGTON

| | |
|---|---|
| KEVIN J. SELKOWITZ, an individual, | NO. |
| Plaintiff | NOTICE TO DEFENDANTS REGARDING |
| v. | DEFAULT |
| LITTON LOAN SERVICING LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California Corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation ; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE Defendants 1-20, | |
| Defendants. | *(Clerks Action Required)* |

NOTICE TO DEFENDANTS REGARDING DEFAULT

*(RCW 38.42.050)*

State and Federal law provide protections to defendants who are on active duty in the military service, and to their dependents. Dependents of a service member are the service member's spouse, the service member's minor child, or an individual for whom the service member provided more than one-half of the individual's support for one hundred eighty days immediately preceding an application for relief.

NOTICE TO DEFENDANT REGARDING DEFAULT
Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

1    One protection provided is the protection against the entry of a default judgment in certain

2    circumstances.   This notice only pertains to a defendant who is a dependent of a member of the

3    National Guard or military reserve component under a call to active service for a period of more than

4    thirty consecutive days. Other defendants in military service also have protections against default

5    judgments not covered by this notice.  If you are the dependent of a member of the National Guard

6    or a military reserve component under a call to active service for a period of more than thirty

7    consecutive days, you should notify the plaintiff or the plaintiff's attorneys in writing of your status

8    as such within twenty days of the receipt of this notice.  If you fail to do so, then a court or an

9    administrative tribunal may presume that you are not a dependent of an active duty member of the

10   National Guard or reserves, and proceed with the entry of an order of default and/or a default

11   judgment without further proof of your status.  Your response to the plaintiff or plaintiff's attorney

12   about your status does not constitute an appearance for jurisdictional purposes in any pending

13   litigation nor a waiver of your rights.

14    This notice is issued pursuant to *RCW 38.42.050(3)(a)*, effective June 7, 2006.

15   DATED this ____ day of June 2010.

RICHARD LLEWELYN JONES, P.S.

Richard Llewelyn Jones, WSBA# 12904
Attorney for Plaintiffs

**RICHARD LLEWELYN JONES, P.S.**
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

FILED

10 JUL 13 PM 12:20

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 10-2-24157-4 KNT

1
2
3
4
5
6            IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
             IN AND FOR THE COUNTY OF KING
7

8   KEVIN SELKOWITZ, an individual,

9                           Plaintiff,         NO. 10-2-24157-4 KNT
            vs.
                                               NOTICE OF APPEARANCE
10  LITTON LOAN SERVICING, LP, a
    Delaware Limited Partnership; NEW
11  CENTURY MORTGAGE CORPORATION,
    a California corporation; QUALITY LOAN
12  SERVICE CORPORATION OF
    WASHINGTON, a Washington corporation;
13  FIRST AMERICAN TITLE INSURANCE
    COMPANY, a Washington corporation;
14  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS,. INC., a
15  Delaware Corporation, and DOE
    DEFENDANTS 1-20,
16

17                          Defendants.

18

19  **TO:**        **Clerk of the Court**

20  **AND TO:**    **Kevin Selkowitz, Plaintiff and Richard Llewelyn Jones of Richard
                   Llewelyn Jones, P.S., Attorney for Plaintiff**
21
           **PLEASE TAKE NOTICE** that Ann T. Marshall and Kennard M. Goodman, of
22
    Bishop, White, Marshall & Weibel, P.S., hereby appears in the above-entitled action as
23

24
    NOTICE OF APPEARANCE - 1              BISHOP WHITE, MARSHALL & WEIBEL, P.S.
25                                              720 OLIVE WAY, SUITE 1301
                                              SEATTLE, WASHINGTON 98101-1801
                                              206/622-5306 FAX: 206/622-0354

1  attorney for Defendant, First American Title Insurance Company, without waiving the

2  questions of:

3      1.   Lack of Jurisdiction over the Subject Matter;
       2.   Lack of Jurisdiction over the Person;
4      3.   Improper Venue;
       4.   Insufficiency of Process;
5      5.   Insufficiency of Service of Process;
       6.   Failure to State a Claim upon which Relief may be Granted; and
6      7.   Failure to Join a Party under CR 19.

7          **PLEASE ALSO TAKE NOTICE** that all further papers and pleadings directed to

8  Defendant, First American Title Insurance Company, except original process, should be

9  served upon the undersigned at the address shown below.

10         **DATED** this 13ᵗʰ day of July, 2010.

11                                 BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

12                                 By: _____
                                       Ann T. Marshall, WSBA No. 23533
13                                     Kennard M. Goodman, WSBA No. 22823
                                       Attorney for Defendant
14                                     First American Title Insurance Company

15

16

17

18

19

20
   ///
21
   ///
22

23

24
   NOTICE OF APPEARANCE - 2                  BISHOP WHITE, MARSHALL & WEIBEL, P.S.
25                                                   720 OLIVE WAY, SUITE 1301
                                                 SEATTLE, WASHINGTON 98101-1801
                                                 206/622-5306  FAX: 206/622-0354

1

2

**DECLARATION OF SERVICE**

3

I declare under penalty of perjury under the laws of the State of Washington that,

4

on the 13th day of July, 2010, I caused to be delivered to the following addressee a copy

5

of the foregoing Notice of Appearance in the manner indicated:

6

Richard Llewelyn Jones                    [X] By First Class Mail

7

Richard Llewelyn Jones, P.S.              [ ] By ABC Legal Messenger
2050 – 112th Avenue N.E.                   [ ] By Email

8

Bellevue, WA  98004                       [ ] By Facsimile

9

DATED this 13th day of July, 2010, at Seattle, Washington.

10

_Darla Trautman_
Darla Trautman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 3

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354