1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HON. JOHN C. COUGHNOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

KEVIN SELKOWITZ, an individual,

                    Plaintiff,

v.

LITTON LOAN SERVICING, LP, a Delaware
Limited Partnership; NEW CENTURY
MORTGAGE CORPORATION, a California
corporation; QUALITY LOAN SERVICE
CORPORATION OF WASHINGTON, a
Washington corporation; FIRST AMERICAN
TITLE INSURANCE COMPANY, a Washington
corporation; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., a Delaware
Corporation, and DOE DEFENDANTS 1-20,

                    Defendants.

NO. 3:10-cv-05523-JCC

ORDER GRANTING MOTION
TO DISMISS PURSUANT TO
FED.R.CIV.P. 12(b)(6) AS TO
DEFENDANT FIRST AMERICAN
TITLE INSURANCE COMPANY

MOTION DATE: August 27, 2010

PROPOSED

THIS MATTER came on for hearing upon the motion by Defendant First

American Title Insurance Company ("First American") to Dismiss the Complaint Pursuant

to Federal Rule of Civil Procedure 12(b)(6).   The Court reviewed the Court file and

considered the following:

    1.  Defendant First American Title Insurance Company's Motion to Dismiss
       Complaint Pursuant to CR 12(b)(6);
    2.  Complaint and exhibits thereto;

ORDER DISMISSING COMPLAINT
PURSUANT TO FED.R.CIV.P. 12(b)(6) AS TO
DEFENDANT FIRST AMERICAN TITLE
INSURANCE COMPANY - 1

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1     3.  Plaintiff's Response to Defendant First American Title Insurance Company's Motion to Dismiss Complaint Pursuant to CR 12(b)(6), if any; and

2     4.  Reply Papers of Defendant First American Title Insurance Company, if any.

3 The Court otherwise being fully informed, it is hereby

4       **ORDERED AND DECREED** that Defendant First American Title Insurance

5 Company's Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure

6 12(b)(6) be, and hereby is, **GRANTED**; and it is further

7

8       **ORDERED, ADJUDGED, AND DECREED** that the Complaint be, and hereby

9 is, **DISMISSED,** with prejudice, as to defendant First American Title Insurance Company

10 only.

11       DATED this _____ day of _____, 2010.

12

13         _____
        UNITED STATES DISTRICT COURT JUDGE

14 Presented by:

15 BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

16

17 By:___/s/ Kennard M. Goodman_____
    Kennard M. Goodman, WSBA No. 22823

18
Attorneys for Defendant
19 First American Title Insurance Company

20

21

22

23

24

25 ORDER DISMISSING COMPLAINT
PURSUANT TO FED.R.CIV.P. 12(b)(6) AS TO
DEFENDANT FIRST AMERICAN TITLE
INSURANCE COMPANY - 2