The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KEVIN SELKOWITZ, and individual,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOE DEFENDANTS 1-20,<br><br>Defendants. | No. 3:10-cv-05523-JCC<br><br>**PROPOSED ORDER GRANTING DEFENDANTS LITTON LOAN SERVICING AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS** |

THIS MATTER having come before the undersigned judge on Defendants Litton Loan Servicing, LP ("Litton") and Mortgage Electronic Registration Systems Inc.'s ("MERS") (collectively "Moving Defendants") Motion to Dismiss, and the Court having reviewed the materials submitted, and the Court determining that Plaintiff has failed to state a claim upon which relief can be granted as to the Moving Defendants, IT IS HEREBY ORDERED that this

ORDER GRANTING MOVING DEFENDANTS'
MOTION TO DISMISS – PAGE 1 of 2
CASE NO. 3:10-cv-05523-JCC

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington  98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

action commenced by Plaintiff as to the Moving Defendants is hereby dismissed, in entirety, with prejudice.

DATED: this _____ day of _____, 2010.

_____
The Honorable John C. Coughenour

Presented by:

**ROUTH CRABTREE OLSEN, P.S.**

By: /s/ Heidi E. Buck
Heidi E. Buck, WSBA No. 41769
Attorneys for Defendants Litton Loan
Servicing, LP and Mortgage Electronic
Registrations Systems, Inc.

ORDER GRANTING MOVING DEFENDANTS'
MOTION TO DISMISS – PAGE 2 of 2
CASE NO. 3:10-cv-05523-JCC

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131