THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN J. SELKOWITZ, an individual,<br><br>                                              Plaintiff<br>v.<br><br>LITTON LOAN SERVICING LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California Corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation ; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE Defendants 1-20,<br><br>                                              Defendants. | NO. 3:10-cv-05523-JCC<br><br>**ORDER ON MOTION FOR REMAND**<br><br>**NOTE ON MOTION CALENDAR:**<br>September 3, 2010 |

ORDER ON MOTION FOR REMAND
Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

1  THIS MATTER, having come on regularly for hearing before the undersigned Judge of the above-entitled Court upon presentation of Plaintiff's Motion for Remand; the Court having considered said Motion and Defendants' response thereto, if any, now, therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is hereby granted and this matter shall be remanded to the King County Washington Superior Court, forthwith.

DATED this _____ day of August, 2010.

_____
JOHN C. COUGHENOUR
United States District Judge

*Presented by:*

**RICHARD LLEWELYN JONES, P.S.**

_____
Richard Llewelyn Jones, WSBA #12904
Attorney for Plaintiff

---

ORDER ON MOTION FOR REMAND
Page 2

**RICHARD LLEWELYN JONES, P.S.**
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322