THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN J. SELKOWITZ, an individual,<br><br>                                        Plaintiff<br><br>v.<br><br>LITTON LOAN SERVICING LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California Corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation ; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE Defendants 1-20,<br><br>                                        Defendants. | NO.   3:10-cv-05523-JCC<br><br>MOTION AND DECLARATION FOR ORDER SHORTENING TIME FOR MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF<br><br>NOTE ON MOTION CALENDAR:<br>**August 26, 2010** |

## I.     MOTION

**COMES NOW** the Plaintiff, KEVIN J. SELKOWITZ, an individual, by and through his attorney of record, RICHARD LLEWELYN JONES, P.S., and moves the Court for an Order Shortening Time for notice of Plaintiff's Motion for Temporary Restraining Order and Injunctive Relief.    This Motion is made pursuant to *FRCP 6(d),* and the subjoined Declaration of RICHARD LLEWELYN JONES. A copy of the proposed Order is submitted herewith.

MOTION AND DECLARATION FOR ORDER SHORTENING
TIME FOR MOTION FOR TEMPORARY RESTRAINING ORDER
AND INJUNCTIVE RELIEF
Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

DATED this ___ day of August, 2010.

RICHARD LLEWELYN JONES, P.S.

By _____
Richard Llewelyn Jones, WSBA# 12904
Attorney for Defendants

## II.   DECLARATION OF RICHARD LLEWELYN JONES

RICHARD LLEWELYN JONES declares as follows:

1.      I am the attorney of record for the Plaintiff named hereinabove.  I have personal and testimonial knowledge of the facts set forth below and am competent to be a witness herein.

2.      On July 27, 2010, defendant Quality Loan Service Corporation of Washington ("QLS") filed a Notice of Removal, removing this action from the Superior Court of Washington, King County to this Court pursuant to *28 U.S.C. § 1441(b)*.

3.      On August 18, 2010, Plaintiff filed an Amended Complaint and Motion to Remand this action to State Court on the basis that the Amended Complaint sets forth no claim or right arising under the laws of the United States.

4.       A trustee sale of the Plaintiff's property is now set for September 3, 2010, and Plaintiff seeks to restrain the sale pending the outcome of this action.

5.      Under *RCW 61.24.130(2),* notice must be given to the trustee of the motion for TRO as follows:

MOTION AND DECLARATION FOR ORDER SHORTENING
TIME FOR MOTION FOR TEMPORARY RESTRAINING ORDER
AND INJUNCTIVE RELIEF
Page 2

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

(2) No court may grant a restraining order or injunction to restrain a trustee's sale unless the person seeking the restraint gives five days notice to the trustee of the time when, place where, and the judge before whom the application for the restraining order or injunction is to be made. This notice shall include copies of all pleadings and related documents to be given to the judge. No judge may act upon such application unless it is accompanied by proof, evidenced by return of a sheriff, the sheriff's deputy, or by any person eighteen years of age or over who is competent to be a witness, that the notice has been served on the trustee.

6.    Given the Motion for Remand is noted for September 3, 2010, the same day of the scheduled trustee sale on Plaintiff's property, and the Notice requirements of RCW 61.24.130(2), this Court should grant this Motion for Order Shortening Time for Motion for TRO.

7.    Without the TRO, Plaintiff's property is subject to foreclosure during the pendency of this action and Plaintiff would lose the benefit of a favorable determination of his claims at time of trial.   Accordingly, Plaintiff's Motion for TRO should be heard on less than 6 days notice, in accordance with the provisions of *FRCP 6*.

8.    I declare, under penalty of perjury under the laws of the State of Washington that the foregoing is true to the best of my knowledge.

**DATED** this _____ day of August, 2010.

Richard Llewelyn Jones

MOTION AND DECLARATION FOR ORDER SHORTENING
TIME FOR MOTION FOR TEMPORARY RESTRAINING ORDER
AND INJUNCTIVE RELIEF
Page 3

**RICHARD LLEWELYN JONES, P.S.**
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

1

## CERTIFICATE OF SERVICE

2    I certify that on August 18ᵗʰ, 2010, I serviced a copy of the following documents:
Calendar Note, Motion for Order Shortening Time and proposed Order Shortening Time, as

3    indicated, on the following:

| | |
|---|---|
| 4   Ann T. Marshall<br>Bishop White Marshall & Weibel PS<br>5   720 Olive Way Ste 1301<br>Seattle, WA  98101-1834 | [  ] By United States Mail<br>[  ] By Legal Messenger/Processor<br>[X] By ECF<br>[  ] By Facsimile |
| 6   Heidi E. Buck<br>Routh Crabtree Olsen, P.S.<br>3535 Factoria Blvd SE Ste 200<br>7   Bellevue, WA  98006-1263 | [  ] By United States Mail<br>[  ] By Legal Messenger/Processor<br>[X] By ECF<br>[  ] By Facsimile |
| 8   Kennard M. Goodman<br>Bishop White Marshall & Weibel PS<br>720 Olive Way Ste 1301<br>9   Seattle, WA  98101-1834 | [  ] By United States Mail<br>[  ] By Legal Messenger/Processor<br>[X] By ECF<br>[  ] By Facsimile |
| 10  Mary Stearns<br>McCarthy & Holthus LLP<br>19735 – 10ᵗʰ Avenue NE, Suite N200<br>11  Poulsbo, WA 98370 | [  ] By United States Mail<br>[  ] By Legal Messenger/Processor<br>[X] By ECF<br>[  ] By Facsimile |

12    **DATED**: August 18, 2010.

13

14

15    _Susan J. Rodriguez_
Susan Rodriguez, Paralegal
Richard Llewelyn Jones, P.S.
16    Phone: 425.462.7322
susan@richardjoneslaw.com

17

18

19

20

21

22

MOTION AND DECLARATION FOR ORDER SHORTENING
TIME FOR MOTION FOR TEMPORARY RESTRAINING ORDER
AND INJUNCTIVE RELIEF
Page 4

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322