THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN J. SELKOWITZ, an individual,<br><br>Plaintiff<br><br>v.<br><br>LITTON LOAN SERVICING LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California Corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation ; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE Defendants 1-20,<br><br>Defendants. | NO. 3:10-cv-05523-JCC<br><br>ORDER SHORTENING TIME<br><br><br><br><br><br><br><br><br><br>*(Clerk's Action Required)* |

ORDER SHOTENING TIME
Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

1   THIS MATTER having come on regularly for hearing this day upon presentation of
2   Plaintiff's Motion for Order Shortening Time finds relief requested to be appropriate under
3   the circumstances and now, therefore, it is hereby:

4   ORDERED, ADJUDGED AND DECREED that Plaintiff's Defendants and Third
5   Party Plaintiffs' Motion for TRO shall be heard [   ] with   [   ] without oral argument on
6   September 2, 2010.

7   DATED this _____ day of August, 2010.

8

9

10                                                          JUDGE JOHN C. COUGHENOUR

11

12

13   *Presented by:*

14   RICHARD LLEWELYN JONES, P.S.

15

16   _____
    Richard Llewelyn Jones, WSBA No. 12904
17   Attorney for Plaintiff

18

19

20

21

22

ORDER SHOTENING TIME
Page 2

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322