The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF
WASHINGTON AT TACOMA

KEVIN SELKOWITZ, and individual,

Plaintiff,

v.

LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOE DEFENDANTS 1-20,

Defendants.

No. 3:10-cv-05523-JCC

**DECLARATION OF CHRISTOPHER SPRADLING IN SUPPORT OF DEFENDANTS LITTON AND MERS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

## DECLARATION OF CHRISTOPHER SPRADLING

I, Christopher Spradling, hereby declare:

1. I am a Foreclosure Operations Manager for Litton Loan Servicing, LP ("Litton"). I am familiar with the loan transactions at issue in this litigation, and make my declaration based on my review and understanding of records that Litton maintains in the ordinary course of business, and if called as a witness, I could testify competently thereto.

LITTON DECLARATON
1 of 2
CASE NO. 3:10-cv-05523-JCC

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

2.   Litton Loan Servicing, LP currently services the subject loan secured by the Deed of Trust recorded under King Count Auditor's File No. 20061101000910.

3.   Litton Loan Servicing is in possession of the promissory note that evidences the subject loan.

4.   Plaintiff Kevin Selkowitz is in default under the terms of the Note and Deed of Trust for failure to make payments due on or after November 1, 2009.

5.   Following Plaintiff's default, Litton directed Quality Loan Service, as an agent to Litton, to execute, mail, and post at the property a Notice of Deault.

6.   Following issuance of the Notice of Default, Plaintiff did not submit any payment to Litton.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.  This declaration was executed this __23rd__ day of August 2010, at Houston, Texas.

_____
Christopher Spradling, Declarant

LITTON DECLARATON
2 of 2
CASE NO.  3:10-cv-05523-JCC

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE Suite 200
Bellevue, Washington  98006
Telephone (425) 458-2121
Facsimile (425) 458-2131