The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

KEVIN SELKOWITZ, and individual,

    Plaintiff,

v.

LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOE DEFENDANTS 1-20,

    Defendants.

No. 3:10-cv-05523-JCC

**ORDER DENYING PLAINTIFF'S MOTION FOR SHORTENING TIME FOR MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF**

THIS MATTER came on for consideration this date upon Plaintiff's Motion for Shortening Time for Motion for Temporary Restraining Order and Injunctive Relief. The Court considered the Motion, Opposition of Defendants Litton and MERS, Declaration of Christopher Spradling, and the records filed herein. Finding that Plaintiff has no basis for requesting such

ORDER DENYING MOTION TO SHORTEN TIME- 1 of 2
CASE NO. 3:10-cv-05523-JCC

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE Suite 200
Bellevue, Washington  98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

relief; now, therefore, it is hereby

ORDERED that Plaintiff's Motion for Shortening Time for Motion for Temporary Restraining Order and Injunctive Relief is denied.

DONE IN OPEN COURT this _____ day of August, 2010.

_____
Honorable John C. Coughenour

Presented by:

**ROUTH CRABTREE OLSEN, P.S.**

 /s/  Heidi E. Buck
Heidi E. Buck, WSBA No. 41769
Of Attorneys for Defendants Litton Loan Servicing, LP and Mortgage Electronic Registration Systems, Inc.

ORDER DENYING MOTION TO SHORTEN TIME- 2 of 2
CASE NO.  3:10-cv-05523-JCC

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE Suite 200
Bellevue, Washington  98006
Telephone (425) 458-2121
Facsimile (425) 458-2131