The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KEVIN SELKOWITZ, and individual, | |
| Plaintiff, | No. 3:10-cv-05523-JCC |
| v. | **DECLARATION OF SERVICE** |
| LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOE DEFENDANTS 1-20, | |
| Defendants. | |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on August 24, 2010, I caused a copy of **Defendants Litton Loan Servicing, LP and Mortgage Electronic Registration Systems, Inc.'s Opposition to Plaintiff's Motion**

DECLARATION OF SERVICE - PAGE 1 OF 2

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

**for Temporary Restraining Order; Declaration of Christopher Spradling in Support of Defendants Litton and MERS' Opposition to Plaintiff's Motion for Temporary Restraining Order; [Proposed] Order Denying Plaintiff's Motion for Shortening Time for Motion for Temporary Restraining Order and Injunctive Relief; and [Proposed] Order Denying Plaintiff's Motion for Temporary Restraining Order;** to be served to the following in the manner noted below:

| | |
|---|---|
| Richard Llewelyn Jones<br>Richard Llewelyn Jones, P.S.<br>2050 112th Ave. NE, Suite 230<br>Bellevue, WA  98004<br><br>Attorneys for Plaintiff | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile |
| Kenneth M. Goodman<br>Ann T. Marshall<br>Bishop, White, Marshall & Weibel, P.S.<br>720 Olive Way, Suite 1301<br>Seattle, WA  98101-1801<br><br>Attorneys for Defendant First American Title Insurance Company | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile |
| Mary Stearns<br>McCarthy & Holthus<br>19735 10th Ave. NE, Suite N-200<br>Poulsbo,  WA  98370-7478<br><br>Attorneys for Defendant Quality Loan Service Corporation of Washington | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 24th day of August, 2010.

          /s/  Kristine Stephan
          Kristine Stephan, Paralegal

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*

DECLARATION OF SERVICE - PAGE 2 OF 2

3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington  98006
Telephone (425) 458-2121
Facsimile (425) 458-2131