The Honorable John C. Coughenour
Hearing Date: September 3, 2010

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

KEVIN SELKOWITZ, and individual,

                      Plaintiff,

v.

LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOE DEFENDANTS 1-20,

                      Defendants.

No. 3:10-cv-05523-JCC

**ORDER DENYING PLAINTIFF'S MOTION FOR REMAND**

THIS MATTER came on for consideration this date upon Plaintiff's Motion for Remand. The Court considered the Motion, Opposition of Defendants Litton and MERS, and the records filed herein. Finding that the United States District Court retains jurisdiction over this matter; now, therefore, it is hereby

ORDERED that Plaintiff's Motion for Remand is denied.

//
//

ORDER DENYING PLAINTIFF'S MOTION
FOR REMAND -1 of 2
CASE NO. 3:10-cv-05523-JCC

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  DONE IN OPEN COURT this _____ day of _____, 2010.

2

3

4
_____
Honorable John C. Coughenour

5

6  Presented by:

7

8  **ROUTH CRABTREE OLSEN, P.S.**

9
/s/ Heidi E. Buck
10 Heidi E. Buck, WSBA No. 41769
Of Attorneys for Defendants Litton Loan
11 Servicing, LP and Mortgage Electronic
Registration Systems, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING PLAINTIFF'S MOTION
FOR REMAND -2 of 2
CASE NO. 3:10-cv-05523-JCC

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131