1

2

The Honorable John C. Coughenour
Hearing Date: September 3, 2010

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

9

| | |
|---|---|
| KEVIN SELKOWITZ, and individual,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOE DEFENDANTS 1-20,<br><br>Defendants. | No. 3:10-cv-05523-JCC<br><br>**DECLARATION OF SERVICE** |

10

11

12

13

14

15

16

17

18

19

20

21

The undersigned makes the following declaration:

22

1.      I am now, and at all times herein mentioned was a resident of the State of

23

Washington, over the age of eighteen years and not a party to this action, and I am competent

24

to be a witness herein.

25

2.      That on August 30, 2010, I caused a copy of **Defendants Litton Loan Servicing, LP**

26

**and Mortgage Electronic Registration Systems, Inc.'s Opposition to Plaintiff's Motion**

DECLARATION OF SERVICE - PAGE 1 OF 2

**ROUTH CRABTREE OLSEN, P.S**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington  98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

1  for Remand; and the [Proposed] Order Denying Plaintiff's Motion for Remand to be

2  served to the following in the manner noted below:

| | |
|---|---|
| Richard Llewelyn Jones<br>Richard Llewelyn Jones, P.S.<br>2050 112th Ave. NE, Suite 230<br>Bellevue, WA 98004<br><br>Attorneys for Plaintiff | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
| Kenneth M. Goodman<br>Ann T. Marshall<br>Bishop, White, Marshall & Weibel, P.S.<br>720 Olive Way, Suite 1301<br>Seattle, WA 98101-1801<br><br>Attorneys for Defendant First American<br>Title Insurance Company | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
| Mary Stearns<br>McCarthy & Holthus<br>19735 10th Ave. NE, Suite N-200<br>Poulsbo, WA 98370-7478<br><br>Attorneys for Defendant Quality Loan<br>Service Corporation of Washington | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the

foregoing is true and correct.

Signed this 30th day of August, 2010.

/s/ Kristine Stephan
Kristine Stephan, Paralegal

**ROUTH CRABTREE OLSEN, P.S**
*A Law Firm and Professional Services Corporation*

DECLARATION OF SERVICE - PAGE 2 OF 2

3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131