HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-20,<br><br>Defendants. | NO. 3:10-cv-05523-JCC<br><br>DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION FOR REMAND<br><br>NOTE ON MOTION CALENDAR: September 3, 2010 |

Defendant First American Title Insurance Company ("First American"), by its attorneys, Kennard M. Goodman and Ann T. Marshall, of Bishop, White, Marshall & Weibel, P.S., hereby states its opposition to Plaintiff Kevin Selkowitz's motion for remand for the reasons set forth in Defendants Litton Loan Servicing, LP and Mortgage Electronic

DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION FOR REMAND - 1

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

1  Registration Systems, Inc.'s Opposition to Plaintiff's Motion for Remand, filed on August
2  30, 2010 (Docket No. 20).
3        Dated this 31st day of August, 2010.
4                                    BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

6                                    By:     /s/ Kennard M. Goodman
7                                        Ann T. Marshall, WSBA No. 23533
                                      Kennard M. Goodman, WSBA No. 22823
8
                              Attorneys for Defendant
9                                First American Title Insurance Company

25  DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION FOR REMAND - 2

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354