Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-20,<br><br>Defendants. | NO. 3:10-cv-05523-JCC<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on the 31st day of August, 2010, I electronically filed the following documents:   1) Response to Motion to Remand and 2) Certificate of Service using the CM/ECF System, which will send notification of such filing to the following:

CERTIFICATE OF SERVICE - 1

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

| | | |
|---|---|---|
| 1 | Richard Llewelyn Jones | [ ] By First Class Mail |
| | 2050 112th Avenue NE, Suite 230 | [ ] By ABC Legal Messenger |
| 2 | Bellevue, WA 98004 | [ ] By Facsimile |
| | rlj@richardjoneslaw.com | [X] CM/ECF System |
| 3 | | |
| 4 | | |
| | Heidi E. Buck | [ ] By First Class Mail |
| 5 | Routh Crabtree Olsen | [ ] By ABC Legal Messenger |
| | 3535 Factoria Blvd., Suite 200 | [ ] By Facsimile |
| 6 | Bellevue, WA 98006 | [X] CM/ECF System |
| | hbuck@rcolegal.com | |
| 7 | | |
| | Mary Stearns | [ ] By First Class Mail |
| 8 | McCarthy & Holthus | [ ] By ABC Legal Messenger |
| | 19735 10th Avenue NE, Suite N200 | [ ] By Facsimile |
| 9 | Poulsbo, WA 98370-7478 | [X] CM/ECF System |
| | mstearns@mccarthyholthus.com | |

Under penalty of perjury of the laws of the State of Washington, the foregoing is true and correct.

Dated this 31st day of August, 2010, at Seattle, Washington.

/s/ Darla Trautman
Darla Trautman

CERTIFICATE OF SERVICE - 2

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354