1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

9

10 KEVIN SELKOWITZ, an individual,

No.: 3:10-cv-05523-JCC

11           Plaintiff,

DEFENDANT QUALITY LOAN SERVICES
CORPORATION OF WASHINGTON'S
JOINDER IN THE OPPOSITION OF
DEFENDANTS LITTON LOAN
SERVICING, LP AND MORTGAGE
ELECTRONIC REGSITRATION SYSTEMS,
INC. TO PLAINTIFF'S MOTION FOR
REMAND

12           v.

13

14 LITTON LOAN SERVICING, LP, a Delaware
Limited Partnership; NEW CENTURY
15 MORTGAGE CORPORATION, a California
corporation; QUALITY LOAN SERVICE
16 CORPORATION OF WASHINGTON, a
Washington corporation; FIRST AMERICAN
17 TITLE INSURANCE COMPANY, a
Washington corporation; MORTGAGE
18 ELECTRONIC REGISTRATION SYSTEMS,
INC., a Delaware Corporation, and DOE
19 DEFENDANTS 1-20,

20           Defendants.

21

22

23        COMES NOW defendant Quality Loan Service Corporation of Washington ("QLS") and

24 joins in the Opposition of Defendants Litton Loan Servicing, LP ("Litton") and Mortgage

25 Electronic Registration Systems, Inc. ("MERS") to Plaintiff's Motion for Remand.

26        The rationale presented, legal authorities cited, and arguments made by Litton and MERS

27 in their Opposition to Plaintiff's Motion for Remand are equally applicable to defendant QLS.

28

Joinder in Defendants Litton and MERS'
Opposition to Plaintiff's Motion for Remand
Page 1
MH #WA WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

1    Accordingly, it joins in and incorporates herein by reference said rationale, legal authorities, and

2    arguments and respectfully requests that Plaintiff's Motion for Remand is denied.

3    Dated: August 31, 2010                         Respectfully Submitted,

4                                                   MCCARTHY & HOLTHUS, LLP

5

6                                                   ___/S/__Mary Stearns_____
                                                    Mary Stearns, Esq., WSBA #42543
7                                                   Attorneys for Defendant Quality Loan
                                                    Service Corporation of Washington
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joinder in Defendants Litton and MERS'
Opposition to Plaintiff's Motion for Remand
Page 2
MH #WA WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

CERTIFICATE OF SERVICE

1

2      I certify that on August 31, 2010, I served a copy of the foregoing document in the
       manner specified on the following:
3

| 4  | Heide E. Buck | ☐ Hand Delivery |
|----|----------------|------------------|
| 5  | Routh Crabtree & Olsen, P.S. | ☐ First Class Mail |
|    | 3535 Factoria Blvd SE, Suite 200 | X Electronic Mail [via efiling] |
|    |  | ☐ Facsimile |
| 6  | Bellevue, WA 98006 | ☐ Process Server |
|    |  | ☐ Federal Express |
| 7  | Kennard M. Goodman | ☐ Hand Delivery |
|    | Ann T. Marshall | ☐ First Class Mail |
| 8  | Bishop White Marshall & Weibel, P.S. | X Electronic Mail [via efiling] |
|    |  | ☐ Facsimile |
| 9  | 720 Olive Way, Suite 1301 | ☐ Process Server |
|    | Seattle, WA 98101 | ☐ Federal Express |
| 10 | Richard Llewelyn Jones | ☐ Hand Delivery |
|    | Richard Llewelyn Jones, P.S. | ☐ First Class Mail |
| 11 | 2050 112th Ave NE | X Electronic Mail [via efiling] |
|    |  | ☐ Facsimile |
| 12 | Bellevue, WA 98004 | ☐ Process Server |
|    |  | ☐ Federal Express |

13

14     I declare under penalty of perjury under the laws of the Unites States of America and the
       State of Washington that the foregoing is true and correct and that this Declaration was executed
15     in Poulsbo, Washington.

16         Dated:  August 31, 2010

17                                          _____

18                                          Melissa Rice,  Legal Assistant
                                           McCarthy & Holthus, LLP
19

20

21

22

23

24

25

26

27

28

Joinder in Defendants Litton and MERS'
Opposition to Plaintiff's Motion for Remand
Page 3
MH #WA WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862