IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| KEVIN SELKOWITZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-20,<br><br>Defendants. | No.: 3:10-cv-05523-JCC<br><br>ORDER GRANTING DEFENDANT QUALITY LOAN SERVICES CORPORATION OF WASHINGTON'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO Fed. R. Civ. P. 12(b)(6)<br><br>[PROPOSED]<br><br>NOTE ON MOTION CALENDAR:<br>October 1, 2010 |

Order on DEFENDANT QLS' MOTION TO
DISMISS
Page 1
CASE NO. 3:10-cv-05523-JCC
MH #WA WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

1  This matter comes before the Court pursuant to Defendant QUALITY LOAN SERVICE
2  CORPORATION OF WASHINGTON'S Motion to Dismiss Plaintiff's First Amended
3  Complaint pursuant to FRCP 12(b)(6). Based upon the foregoing Motion and other pleadings
4  before the Court,

5  **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

6

7  DATED this ____ day of _____, 2010

8

9
10                                          The Honorable John C. Coughenour
                                            United States District Judge
11

12

13  Presented by:

14  MCCARTHY & HOLTHUS, LLP

15
16  ___/S/____Mary Stearns_____
    Mary Stearns, Esq., WSBA #42543
17  Attorneys for Defendant QUALITY LOAN SERVICE
    CORPORATION OF WASHINGTON

18

---

Order on DEFENDANT QLS' MOTION TO DISMISS
Page 2
CASE NO. 3:10-cv-05523-JCC
MH #WA WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

CERTIFICATE OF SERVICE

I certify that on September 3, 2010, I served a copy of the foregoing document in the manner specified on the following:

| | |
|---|---|
| Richard Llewelyn Jones<br>2050 112th Ave NE, Suite 230<br>Bellevue, WA 98004<br>rlj@richardjoneslaw.com | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |
| Heidi E. Buck<br>Routh Crabtree & Olsen<br>3535 Factoria Blvd., Suite 200<br>Bellevue, WA 98006<br>hbuck@rcolegal.com | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |
| Ann T. Marshall<br>Kennard M. Goodman<br>Bishop White Marshall & Weibel, PS<br>720 Olive Way, Suite 1301<br>Seattle, WA 98101<br>kgoodman@bwmlegal.com<br>amarshall@bwmlegal.com | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |

I declare under penalty of perjury under the laws of the Unites States of America and the State of Washington that the foregoing is true and correct and that this Declaration was executed in Poulsbo, Washington.

Dated: September 3, 2010

*Melissa Rice*
Melissa Rice, Legal Assistant
McCarthy & Holthus, LLP

Certificate of Service
Page 1
MH #WA10-4046

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo, WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862