THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN J. SELKOWITZ, an individual,<br><br>Plaintiff<br>v.<br><br>LITTON LOAN SERVICING LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California Corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation ; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE Defendants 1-20,<br><br>Defendants. | NO. 3:10-cv-05523-JCC<br><br>ORDER ON MOTION TO AMEND JUDGMENT<br><br>NOTE ON MOTION CALENDAR:<br>October 4, 2010 |

**THIS MATTER,** having come on regularly for hearing before the undersigned Judge of the above-entitled Court upon presentation of Plaintiff's Motion for Amendment of Judgment; the Court having considered said Motion and Defendants' response thereto, if any, now, therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion is hereby granted and this Court's Order of August 31, 2010 is hereby vacated.

ORDER ON MOTION TO AMEND JUDGMENT
Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

|   |   |
|---|---|
| 1 | **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, or any successor trustee as the beneficiary under that certain Deed of Trust, dated October 31, 2006, under King County Auditor's File No. 20061101000910 in connection with real property located at 6617 Southeast Cougar Mountain Way, Bellevue, WA 98006, will be restrained from sale of such properties, or until further order of the Court. |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, or any successor trustee as the beneficiary under that certain Deed of Trust, dated October 31, 2006, under King County Auditor's File No. 20061101000910 in connection with real property located at 6617 Southeast Cougar Mountain Way, Bellevue, WA 98006, will be restrained from sale of such properties, or until further order of the Court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that matter shall be remanded to the King County Washington Superior Court, forthwith, pursuant to *28 USC 1367(c)*.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** _____

_____

_____

_____

_____

_____.

**DATED** this _____ day of _____, 2010.

_____
JOHN C. COUGHENOUR
United States District Judge

*Presented by:*

RICHARD LLEWELYN JONES, P.S.

_____
Richard Llewelyn Jones, WSBA # 12904
Attorney for Plaintiff

ORDER ON MOTION TO AMEND JUDGMENT
Page 2

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322