HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

KEVIN SELKOWITZ, an individual,

                 Plaintiff,

v.

LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-20,

                 Defendants.

NO. 3:10-cv-05523-JCC

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2010, I electronically filed the following documents:   1) Defendant First American Title Insurance Company's Response to Plaintiff's Motion to Amend Judgment and Statement on Court's Order to Show Cause; and 2) Certificate of Service using the CM/ECF System, which will send notification of such filing to the following:

CERTIFICATE OF SERVICE - 1

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

| | |
|---|---|
| Richard Llewelyn Jones<br>2050 112th Avenue NE, Suite 230<br>Bellevue, WA 98004<br>rlj@richardjoneslaw.com | [ ] By First Class Mail<br>[ ] By ABC Legal Messenger<br>[ ] By Facsimile<br>[X] CM/ECF System |
| Heidi E. Buck<br>Routh Crabtree Olsen<br>3535 Factoria Blvd., Suite 200<br>Bellevue, WA 98006<br>hbuck@rcolegal.com | [ ] By First Class Mail<br>[ ] By ABC Legal Messenger<br>[ ] By Facsimile<br>[X] CM/ECF System |
| Mary Stearns<br>McCarthy & Holthus<br>19735 10th Avenue NE, Suite N200<br>Poulsbo, WA 98370-7478<br>mstearns@mccarthyholthus.com | [ ] By First Class Mail<br>[ ] By ABC Legal Messenger<br>[ ] By Facsimile<br>[X] CM/ECF System |

Under penalty of perjury of the laws of the State of Washington, the foregoing is true and correct.

Dated this 22nd day of October, 2010, at Seattle, Washington.

/s/ Darla Trautman
Darla Trautman

CERTIFICATE OF SERVICE - 2

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354