THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ, an individual,<br><br>                                            Plaintiff<br>v.<br><br>LITTON LOAN SERVICING LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California Corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation ; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE Defendants 1-20, | NO. 3:10-cv-05523-JCC<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE<br><br>NOTE ON MOTION CALANDER:<br>October 27, 2010 |

In response to the Court's October 6, 2010 Order directing all parties to show cause why the Court should not submit the issue of whether MERS was authorized an authorized "beneficiary" under Washington's Deed of Trust Act counsel for the Plaintiff conducted a thorough review of Washington cases and could find no cases addressing this Court's issues.

There were no reported cases addressing the propriety of Mortgage Electronic Registration Systems or any other non-holding entity being designated as a "beneficiary" under *RCW 61.24.050(2)*. An unreported opinion from the Washington Court of Appeals Division One contained a footnote explicitly refusing to address the issue. *Gunsul v. Countrywide Loans,*

Response to OSC - Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Docket Number: 56071-9 (2006).

There were no reported cases addressing the legal effect in a nonjudicial foreclosure of the appointment of a successor trustee by an unauthorized beneficiary.

On the foregoing basis and having no further objection the Plaintiff believes this matter should be certified to the Washington Supreme Court pursuant to *RCW 2.60.030*.

RESPECTFULLY SUBMITTED this 26th day of October, 2010.

RICHARD LLEWELYN JONES, P.S.

*[signature]*

Richard Llewelyn Jones, WSBA No. 12904
Attorney for Plaintiff

Response to OSC - Page 2

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington that on this ___26th___ day of October, 2010, I caused to be delivered a copy of the foregoing PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE to the following in the manner indicated:

| | |
|---|---|
| Ann T. Marshall<br>Bishop White Marshall & Weibel PS<br>720 Olive Way Ste 1301<br>Seattle, WA 98101-1834 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |
| Heidi E. Buck<br>Routh Crabtree Olsen, P.S.<br>3535 Factoria Blvd SE Ste 200<br>Bellevue, WA 98006-1263 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |
| Kennard M. Goodman<br>Bishop White Marshall & Weibel PS<br>720 Olive Way Ste 1301<br>Seattle, WA 98101-1834 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |
| Mary Stearns<br>McCarthy & Holthus LLP<br>19735 – 10th Avenue NE, Suite N200<br>Poulsbo, WA 98370 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |

Signed this 26th day of October, 2010 at Bellevue, Washington.

_Susan L. Rodriguez_
Susan L. Rodriguez
Paralegal to Richard Llewelyn Jones, P.S.

Response to OSC - Page 3

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322