The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| KEVIN SELKOWITZ, and individual,  Plaintiff,  v.  LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOE DEFENDANTS 1-20,  Defendants. | No. 3:10-cv-05523-JCC  **DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on October 27, 2010, I caused a copy of **Defendants Litton Loan Servicing, LP and Mortgage Electronic Registration Systems, Inc.'s Response to the Court's**

DECLARATION OF SERVICE - PAGE 1 OF 2

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

1  **Order to Show Cause** to be served to the following in the manner noted below:

| | |
|---|---|
| Richard Llewelyn Jones<br>Richard Llewelyn Jones, P.S.<br>2050 112th Ave. NE, Suite 230<br>Bellevue, WA 98004<br><br>Attorneys for Plaintiff | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
| Kenneth M. Goodman<br>Ann T. Marshall<br>Bishop, White, Marshall & Weibel, P.S.<br>720 Olive Way, Suite 1301<br>Seattle, WA 98101-1801<br><br>Attorneys for Defendant First American Title Insurance Company | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
| Mary Stearns<br>McCarthy & Holthus<br>19735 10th Ave. NE, Suite N-200<br>Poulsbo, WA 98370-7478<br><br>Attorneys for Defendant Quality Loan Service Corporation of Washington | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 27th day of October, 2010.

  /s/ Kristine Stephan
Kristine Stephan, Paralegal

DECLARATION OF SERVICE - PAGE 2 OF 2

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131