The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

KEVIN SELKOWITZ, and individual,

　　　　　　　　　　Plaintiff,

v.

LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOE DEFENDANTS 1-20,

　　　　　　　　　　Defendants.

No. 3:10-cv-05523-JCC

**NOTICE OF WITHDRAWAL OF QUALITY LOAN SERVICE OF WASHINGTON'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE FILED ON OCTOBER 26, 2010, AS DOCUMENT NUMBER 29 ON THE COURT DOCKET**

COMES NOW Defendant Quality Loan Service Corporation of Washington ("QUALITY") and submitts the following Notice of Withdrawal of its Response to this Court's Order to Show Cause entered on October 6, 2010 which Response was filed on October 26, 2010 and is reflected on the Docket as Document Number 29.

////

////

NOTICE OF DEFENDANT QUALITY'S WITHDRAWAL OF RESPONSE FILED OCT. 26, 2010, DOCKET NO. 29
PAGE 1 of 2 CASE NO. 3:10-cv-05523-JCC

McCarthy & Holthus LLP
19735 10th Avenue NE, Suite N-200
Poulsbo, WA, 98370
PH: (206) 319-9100
FAX: (206) 780-6862

1. QUALITY hereby withdraws its Response to this Court's Order to Show Cause which response was electronically filed with this Court via PACER on October 26, 2010 and is reflected on the Court Docket as Document Number 29.

2. Said Response, Document Number 29, was filed with this Court in error and, as such, QUALITY respectfully withdraws it from consideration as a Response to this Court's Order to Show Cause entered on October 6, 2010.

DATED this 27th day of October, 2010.

                                          MCARTHY & HOLTHUS, LLP

                                          By:  /s/ Mary Stearns
                                                Mary Stearns, WSBA #42543
                                                Attorneys for Defendant Quality Loan
                                                Service Corporation of Washington

NOTICE OF DEFENDANT QUALITY'S
WITHDRAWAL OF RESPONSE FILED
OCT. 26, 2010, DOCKET NO. 29
PAGE 2 of 2 CASE NO.  3:10-cv-05523-JCC

McCarthy & Holthus LLP
19735 10th Avenue NE, Suite N-200
Poulsbo, WA, 98370
PH: (206) 319-9100
FAX: (206) 780-6862

# CERTIFICATE OF SERVICE

I certify that on October 27, 2010, I served a copy of the foregoing document in the manner specified on the following:

| Name/Address | Method |
|---|---|
| Richard Llewelyn Jones<br>2050 112th Ave NE, Ste. 230<br>Bellevue, WA 98004 | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |
| Heidi E. Buck<br>Routh, Crabtree & Olsen<br>13555 SE 36th Street, Ste. 300<br>Bellevue, WA 98006 | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |
| Ann T. Marshall<br>Bishop, White, Marshall & Weibel, PS<br>720 Olive Way, Ste. 1301<br>Seattle, WA 98101 | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |
| Kennard M. Goodman<br>Bishop, White, Marshall & Weibel, PS<br>720 Olive Way, Ste. 1301<br>Seattle, WA 98101 | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |

I declare under penalty of perjury under the laws of the Unites States of America and the State of Washington that the foregoing is true and correct and that this Declaration was executed in Poulsbo, Washington.

Dated: October 27, 2010

*/s/ Melissa Rice*
Melissa Rice, Legal Assistant
McCarthy & Holthus, LLP

Certificate of Service
Page 1
MH #WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862