The Honorable John C. Coughenour

1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT WESTERN DISTRICT OF**

9    **WASHINGTON AT TACOMA**

10   KEVIN SELKOWITZ, and individual,         )
                                             )
11                            Plaintiff,     )    No. 3:10-cv-05523-JCC
                                             )
12         v.                                )    **NOTICE OF JOINDER IN**
                                             )    **DEFENDANTS LITTON AND**
13   LITTON LOAN SERVICING, LP, a Delaware   )    **MERS' RESPONSE TO THE**
     Limited Partnership; NEW CENTURY        )    **COURT'S ORDER TO SHOW**
14   MORTGAGE CORPORATION, a California      )    **CAUSE BY DEFENDANT**
     corporation; QUALITY LOAN SERVICE       )    **QUALITY LOAN SERVICE**
15   CORPORATION OF WASHINGTON, a            )    **CORPORATION OF**
     Washington Corporation; FIRST AMERICAN  )    **WASHINGTON**
16   TITLE INSURANCE COMPANY, a              )
     Washington Corporation; MORTGAGE        )
17   ELECTRONIC REGISTRATION SYSTEMS,        )
     INC., a Delaware Corporation; DOE       )
18   DEFENDANTS 1-20,                        )
                                             )
19                            Defendants.    )
                                             )
20

21         TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

22   COMES NOW Defendant Quality Loan Service Corporation of Washington ("QUALITY")

23   hereby submitting the following Notice of Joinder in Defendants LITTON LOAN SERVICING,

24   LP ("LITTON") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

25   ("MERS")' Response to this Court's Order to Show Cause entered on October 6, 2010.

26   / / / /

---

DEFENDANT QUALITY'S NOTICE OF                    McCarthy & Holthus LLP
JOINDER TO LITTON AND MERS'              19735 10th Avenue NE, Suite N-200
RESPONSE TO OCTOBER 6, 2010 OSC                    Poulsbo, WA, 98370
PAGE 1 of 3 CASE NO.  3:10-cv-05523-JCC             PH: (206) 319-9100
                                                   FAX: (206) 780-6862

1    1.    On October 27, 2010, Defendants LITTON and MERS filed a Response to this

2    Court's Order to Show to Cause entered on October 6, 2010.

3    2.    Said Response appears on this Court's Docket as Document Number 30.

4    3.    For the sake of brevity and judicial economy, QUALITY hereby joins in each and

5    every one of the arguments set forth by Defendants LITTON and MERS via Document Number

6    30 in full, as it has nothing new or further to add.

7    4.    Document Number 30 as submitted by LITTON and MERS presents the position

8    of QUALITY in full and represents a complete response by QUALITY to this Court's Order to

9    Show Cause entered on October 6, 2010.

10   5.    Pursuant to the arguments presented in Defendants LITTION and MERS'

11   Response to this Court's Order to Show Cause entered on October 6, 2010, Document Number

12   30, MERS may act as a beneficiary and nominee to the lender under a deed of trust in the state of

13   Washington.  Accordingly, MERS may properly appoint a successor trustee.  Thus, in the instant

14   case, when MERS appointed QUALITY as the Successor Trustee under the Deed of Trust it did

15   so pursuant to and in accordance with Washington law.

16   ////

17   ////

18   ////

19   ////

20   ////

21   ////

22   ////

23   ////

24   ////

25   ////

26   ////

DEFENDANT QUALITY'S NOTICE OF
JOINDER TO LITTON AND MERS'
RESPONSE TO OCTOBER 6, 2010 OSC
PAGE 2 of 3 CASE NO.  3:10-cv-05523-JCC

McCarthy & Holthus LLP
19735 10th Avenue NE, Suite N-200
Poulsbo, WA, 98370
PH: (206) 319-9100
FAX: (206) 780-6862

6.      The questions presented in this Court's Order to Show Cause entered on October 6, 2010, have been met with ample support in Washington law as stated in Defendants LITTON and MERS' Response to this Court's Order to Show Cause, Document Number 30.  Therefore, certification of said questions to the Washington Supreme Court is both unnecessary and unwarranted.

DATED this 27th day of October, 2010.

**MCARTHY & HOLTHUS, LLP**

By:  __/s/ Mary Stearns__
        Mary Stearns, WSBA #42543
        Attorneys for Defendant Quality Loan
        Service of Washington

DEFENDANT QUALITY'S NOTICE OF
JOINDER TO LITTON AND MERS'
RESPONSE TO OCTOBER 6, 2010 OSC
PAGE 3 of 3 CASE NO.  3:10-cv-05523-JCC

McCarthy & Holthus LLP
19735 10th Avenue NE, Suite N-200
Poulsbo, WA, 98370
PH: (206) 319-9100
FAX: (206) 780-6862

CERTIFICATE OF SERVICE

1

2    I certify that on October 27, 2010, I served a copy of the foregoing document in the manner specified on the following:

3

| 4 | Richard Llewelyn Jones<br>2050 112th Ave NE, Ste. 230<br>Bellevue, WA 98004 | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |
|---|---|---|
| 7<br>8<br>9 | Heidi E. Buck<br>Routh, Crabtree & Olsen<br>13555 SE 36th Street, Ste. 300<br>Bellevue, WA 98006 | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |
| 10<br>11<br>12 | Ann T. Marshall<br>Bishop, White, Marshall & Weibel, PS<br>720 Olive Way, Ste. 1301<br>Seattle, WA 98101 | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |
| 13<br>14<br>15<br>16 | Kennard M. Goodman<br>Bishop, White, Marshall & Weibel, PS<br>720 Olive Way, Ste. 1301<br>Seattle, WA 98101 | ☐ Hand Delivery<br>☐ First Class Mail<br>X Electronic Mail (via e-filing)<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express (overnight) |

17

18    I declare under penalty of perjury under the laws of the Unites States of America and the State of Washington that the foregoing is true and correct and that this Declaration was executed in Poulsbo, Washington.

20    Dated: October 27, 2010

21    _Melissa Rice_

22    Melissa Rice,  Legal Assistant
McCarthy & Holthus, LLP

Certificate of Service
Page 1
MH #WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862