UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ, an individual,<br>                           Plaintiff,<br>v.<br><br>LITTON LOAN SERVICING LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California Corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation ; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE Defendants 1-20,<br>                           Defendants. | No.  3:10-cv-05523-JCC<br><br>NOTICE OF UNAVAILABILITY<br>OF COUNSEL |

TO:        Clerk of the Court; and,
AND TO:   Defendants Counsel of Record.

     Please be advised that the undersigned Attorney for Plaintiff will be absent from his office from **November 25, 2010 through December 5, 2010**. The undersigned has no attorneys to handle this matter in his absence, and requests that no motions, hearings or other matters be scheduled during this time. Fees and costs will be requested against any party who brings such action during the time in my absence.

     DATED this 5th day of November, 2010.

                           RICHARD LLEWELYN JONES, P.S.

                           Richard Llewelyn Jones, WSBA# 12904
                           Attorney for Plaintiff

NOTICE OF UNAVAILABILITY OF COUNSEL
Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322