HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

KEVIN SELKOWITZ, an individual,

  Plaintiff,

v.

LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-20,

  Defendants.

NO. 3:10-cv-05523-JCC

NOTICE OF CHANGE OF ADDRESS

**TO:** **THE CLERK OF THE COURT**

**AND TO:** **ALL COUNSEL AND PARTIES OF RECORD**

PLEASE take notice that effective November 15, 2010, the new address for Bishop White Marshall & Weibel, P.S. will be 720 Olive Way, Suite 1201, Seattle, WA 98101.  Our

NOTICE OF CHANGE OF ADDRESS - 1

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1  telephone and fax numbers will remain unchanged.

2  Dated this 29th day of December, 2010.

3

4  BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

5

6  By: ___/s/ Kennard M. Goodman_____
   Ann T. Marshall, WSBA No. 23533
7  Kennard M. Goodman, WSBA No. 22823

8  Attorneys for Defendant
   First American Title Insurance Company
9

NOTICE OF CHANGE OF ADDRESS - 2     BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
                                    720 OLIVE WAY, SUITE 1201
                                    SEATTLE, WASHINGTON 98101-1801
                                    206/622-5306  FAX:  206/622-0354