THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ, an individual,<br><br>            Plaintiff<br>v.<br><br>LITTON LOAN SERVICING LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California Corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation ; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE Defendants 1-20, | NO. 3:10-cv-05523-JCC<br><br>PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE<br><br>NOTE ON MOTION CALENDAR:<br>October 27, 2010 |

  In supplement to Plaintiff's previous response to the Court's October 6, 2010 Order directing all parties to show cause why the Court should not submit the issue of whether MERS was authorized an authorized "beneficiary" under Washington's Deed of Trust Act, the Court should be advised that on January 18, 2011, the Honorable James Rogers certified the same issues proposed by this Court to the Washington Supreme Court in the matter of *Vinluan v. Fidelity National Title*, King County Superior Court Cause No. 10-2-27688-2 SEA. A copy of Judge Rogers' Order of January 18, 2011 is attached hereto.

  Judge Rogers' Order of January 18, 2011 confirms this Court's concern that there is no

Supplemental Response to OSC - Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

existing Washington case law that adequately addresses the suitability of Mortgage Electronic Registration Systems, or any other agent or nominee of the lender, to serve as "beneficiary" of a deed of trust, within the terms of *RCW 61.24.050(2)*, without being a holder in due course of the obligation secured by the deed of trust.

As Judge Rogers' certification under *RAP 2.3* involves discretionary review, there is a chance that the Washington Supreme Court may decline consideration of Judge Rogers' certified issues. Accordingly, this Court's referral of the same issues would not be moot or a waste of time and judicial effort.

On the foregoing, Plaintiff renews his request that the issues raised in the Court's Order of October 6, 2010 be certified to the Washington Supreme Court pursuant to *RCW 2.60.030*.

**RESPECTFULLY SUBMITTED** this  31st  day of January, 2011.

**RICHARD LLEWELYN JONES, P.S.**

_____
Richard Llewelyn Jones, WSBA No. 12904
Attorney for Plaintiff

Supplemental Response to OSC - Page 2

**RICHARD LLEWELYN JONES, P.S.**
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington that on this  31st  day of January, 2011, I caused to be delivered a copy of the foregoing PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE to the following in the manner indicated:

| | |
|---|---|
| Ann T. Marshall<br>Bishop White Marshall & Weibel PS<br>720 Olive Way Ste 1301<br>Seattle, WA 98101-1834 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |
| Heidi E. Buck<br>Routh Crabtree Olsen, P.S.<br>3535 Factoria Blvd SE Ste 200<br>Bellevue, WA 98006-1263 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |
| Kennard M. Goodman<br>Bishop White Marshall & Weibel PS<br>720 Olive Way Ste 1301<br>Seattle, WA 98101-1834 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |
| Mary Stearns<br>McCarthy & Holthus LLP<br>19735 – 10th Avenue NE, Suite N200<br>Poulsbo, WA 98370 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |

Signed this  31st  day of January, 2011 at Bellevue, Washington.

_Susan L. Rodriguez_
Susan L. Rodriguez
Paralegal to Richard Llewelyn Jones, P.S.

Supplemental Response to OSC - Page 3

**RICHARD LLEWELYN JONES, P.S.**
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322