THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN SELKOWITZ,

    Plaintiff,

  v.

LITTON LOAN SERVICING, *et al.*,

    Defendants.

CASE NO. C10-5523

ORDER

This matter comes before the Court *sua sponte*. On October 6, 2010, the Court issued an order to show cause why two questions pertaining to the ability of MERS to serve as the beneficiary of Plaintiff's deed of trust should not be submitted to the Washington Supreme Court as a request for certification. (Dkt. No. 26.) Since receiving the parties' responses, the Court has been deciding an appropriate course of action. On January 18, 2011, the King County Superior Court certified substantially identical questions to the Washington Supreme Court. (Case No. 10-2-27688-2 SEA.) In light of this development, this case is REMOVED from the Court's active caseload. Parties are INSTRUCTED to inform the Court when the Washington State Supreme Court decides whether or not to accept certification.

ORDER - C10-5523
PAGE - 1

1     The Court-imposed stay remains in effect.

2

3     DATED this 28th day of February 2011.

4

5

6

7

                                  John C. Coughenour
                                UNITED STATES DISTRICT JUDGE