RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 - 112TH AVENUE NORTHEAST
SUITE 230
BELLEVUE, WASHINGTON 98004-2992

TELEPHONE
(425) 462-7322

FAX
(425) 450-0249

May 4, 2011

*Via Electronic Case Filing (ECF)*

Honorable John C. Coughenour
United States District Court
Western District of Washington - Seattle
United States Courthouse
700 Stewart Street, Suite 16229
Seattle, WA 98101-9906

   Re: *Selkowitz v. Litton Loan Servicing, LP, et al;*
      *U.S. District Court Case No. 3:10-cv-05523-JCC.*

Dear Judge Coughenour:

  Pursuant to your Order of February 28, 2011, I am writing to advise that Washington State Supreme Court Commissioner, Steven Goff, entered a ruling on April 25, 2011 denying discretionary review in the matter of *Vinluan v. Fidelity National Title and Escrow Company, et al.,* King County Superior Court Cause No. 10-2-27688-2 SEA, Washington Supreme Court Case No. 85637-1. A copy of Commissioner Goff's ruling is enclosed for your consideration.

  Should you or any member of your staff have any questions regarding the foregoing, please feel free to contact our office at any time.

               Sincerely yours,

               RICHARD LLEWELYN JONES, P.S.

               Richard Llewelyn Jones

RLJ:dlw

Enclosure

  cc: Client
     Heidi E. Buck
     Mary Stearns
     Kennard Goodman