# THE SUPREME COURT
STATE OF WASHINGTON

**RONALD R. CARPENTER**
SUPREME COURT CLERK

**SUSAN L. CARLSON**
DEPUTY CLERK / CHIEF STAFF ATTORNEY



**TEMPLE OF JUSTICE**
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

July 5, 2011

Judge John C. Coughenour
U.S. Courthouse
700 Stewart Street, Suite 16229
Seattle, WA 98101-9906

Re: Supreme Court No. 86206-1 - Kristin Bain v. Metropolitan Mortgage Group, Inc., et al.
U.S. District Court for the Western District of Washington No. C09-0149-JCC
And
Supreme Court No. 86207-9 - Kevin Selkowitz v. Litton Loan Servicing, LP et al.
U.S. District Court for the Western District of Washington No. 10-5523-JCC

Judge Coughenour:

On July 1, 2011, this Court received a copy of your order entered in the above captioned cases on June 24, 2011. The order regards the certification of questions to this Court pursuant to the Federal Court Local Law Certification Procedure Act, Chapter 2.60 RCW, and RAP 16.16. The cases have been assigned the above referenced Supreme Court cause numbers.

However, before this matter can proceed further, this Court needs to receive direction from you as to the order of briefing. In that regard, RAP 16.16(e)(1) provides in pertinent portion that: "The federal court shall designate who will file the first brief."

Sincerely,

Susan L. Carlson
Supreme Court Deputy Clerk

SLC:alb



**09-CV-00149-AF**

Page 2
86206-1 and 86207-9
July 5, 2011

cc:   Douglas Lowell Davies
      Denise M. Hamel
      Richard E. Spoonemore
      Thomas Francis Peterson
      Laura Marquez-Garrett
      Joel Evans Wright
      William Louis Cameron
      Heidi E. Buck
      Jennifer Lynn Tait
      Nicolas Adam Daluiso
      Melissa Ann Huelsman
      Richard Llewelyn Jones
      Ann T. Marshall
      Kennard M. Goodman
      Mary Stearns