THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

9  | KRISTIN BAIN, | CASE NO. C09-0149-JCC
10 |
11 |             Plaintiff, | CERTIFICATION FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
12 |   v.
13 |
14 | METROPOLITAN MORTGAGE GROUP INC. et al.,
15 |             Defendants.

16

17 | KEVIN SELKOWITZ, | CASE NO. C10-5523-JCC
18 |
19 |             Plaintiff,
20 |   v.
21 |
22 | LITTON LOAN SERVICING LP et al.,
23 |             Defendants.

24    //
25    //
26    //

CERTIFICATION FROM THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF WASHINGTON
PAGE - 1

1       Pursuant to Washington Rule of Appellate Procedure 16.16(e)(1), the Court
2  DESIGNATES Plaintiff Kristin Bain and Plaintiff Kevin Selkowitz as the parties who will file
3  the first briefs in the Washington Supreme Court on the certified questions listed in this Court's
4  previous order (Case No. C09-0149-JCC, Dkt. No. 159; Case No. C10-5523-JCC, Dkt. No. 41).
5       DATED this 7th day of July 2011.

                                         John C. Coughenour
                                         UNITED STATES DISTRICT JUDGE