IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| KEVIN SELKOWITZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-20,<br><br>Defendants. | No.: 3:10-cv-05523-JCC<br><br>DEFENDANT QUALITY LOAN SERVICE CORPORATION OF WASHINGTON'S RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Quality Loan Service Corporation of Washington ("Quality") hereby states that it has no parent corporation and that no publicly-held corporation owns 10 percent or more of Quality's stock.

///

QUALITY'S RULE 7.1 DISCLOSURE STATEMENT
Page 1
CASE NO. 3:10-cv-05523-JCC
MH # WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

1
2   DATED this 7th day of July, 2010
3
4
5                                           _____
                                            Mary Stearns, Esq., WSBA #42543
6                                           Attorneys for Defendant QUALITY LOAN
                                            SERVICE CORPORATION OF WASHINGTON

QUALITY'S RULE 7.1 DISCLOSURE STATEMENT
Page 2
CASE NO. 3:10-cv-05523-JCC
MH # WA10-6195

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862