The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KEVIN SELKOWITZ, and individual,

Plaintiff,

v.

LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOE DEFENDANTS 1-20,

Defendants.

No. 3:10-cv-05523-JCC

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for non-governmental party Mortgage Electronic Registration Systems, Inc. ("MERS"), submits the following statement: The parent corporation of Defendant MERS is MERSCORP, Inc. There is no publicly held corporation owning 10% or more of its stock.

//

//

//

///

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT MERS
– PAGE 1 OF 2 CASE NO. 3:10-cv-05523-JCC

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  DATED this 7th day of July, 2011.

2

3                                    **ROUTH CRABTREE OLSEN, P.S.**

4

5                                    By: _____
                                     Heidi E. Buck, WSBA No. 41769
6                                    Of Attorneys for Defendants Litton Loan
                                     Servicing, LP and Mortgage Electronic
7                                    Registration Systems, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT MERS
– PAGE 2 OF 2 CASE NO. 3:10-cv-05523-JCC

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131