The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KEVIN SELKOWITZ, and individual,

    Plaintiff,

v.

LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOE DEFENDANTS 1-20,

    Defendants.

No. 3:10-cv-05523-JCC

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LITTON LOAN SERVICING LP

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for non-governmental party Litton Loan Servicing LP ("Litton"), submits the following statement: Litton Loan Servicing LP is wholly-owned by Goldman Sachs Group, Inc.

DATED this 7th day of July, 2011.

ROUTH CRABTREE OLSEN, P.S.

By: _____
Heidi E. Buck, WSBA No. 41769
Of Attorneys for Defendants Litton Loan Servicing, LP and Mortgage Electronic Registration Systems, Inc.

---

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LITTON
– PAGE 1 OF 1 CASE NO. 3:10-cv-05523-JCC

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131