UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-20,<br><br>Defendants. | NO. 3:10-cv-05523-JCC<br><br>**DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that the parent company of Defendant First American Title Insurance Company is a wholly-owned subsidiary of First American Financial Corporation, which is a

FIRST AMERICAN TITLE INSURANCE
COMPANY'S CORPORATE DISCLOSURE
STATEMENT 1
#3:10-cv-05523-JCC

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1  publicly traded company (NYSE:FAF).  Other subsidiaries of First American Financial
2  Corporation, as of December 30, 2010, are listed on Exhibit A attached hereto.
3      DATED this 8th day of July, 2011.

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

By:    /s/Kennard M. Goodman
    Ann T. Marshall, WSBA #23533
    Kennard M. Goodman, WSBA #22823
    Attorney for Defendant, First American Title
    Insurance Company

---

FIRST AMERICAN TITLE INSURANCE
COMPANY'S CORPORATE DISCLOSURE
STATEMENT 2
#3:10-cv-05523-JCC

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354