**EXHIBIT A**

EX-21 8 dex21.htm SUBSIDIARIES

**Exhibit 21**

### Subsidiaries of the Registrant as of December 31, 2010

| Name of Subsidiary: | State or Country Under Laws of Which Organized |
|---|---|
| Abstracters' Information Service, Inc. | New York |
| Accu-Search, Inc. | New Jersey |
| Alliance Home Warranty, Inc. | Utah |
| American Data Exchange Corporation Ltd. | Bermuda |
| American Escrow Company | Texas |
| American First Abstract, LLC | Delaware |
| American Property Exchange, Inc. | Washington |
| Arizona Title Insurance Agency, Inc | Arizona |
| Augusta Holdings, LLC | Delaware |
| Brownstone Technologies Inc. | Canada |
| Cahaba Title, Inc. | Alabama |
| Campbell County Abstract Company | Wyoming |
| Consumer Select Insurance of America, LLC | Florida |
| Consumer Select Insurance, LLC | Florida |
| Core Title Agency, Ltd. | Ohio |
| Corea Title Company | Korea |
| Data Trace Information Services LLC | Delaware |
| Delta 360 Inc. | Canada |
| Discovery Title Company, LLC | Michigan |
| Dona Ana Title Company, Inc. | New Mexico |
| DRN Commerce, Inc. | Canada |
| enact Conveyancing Limited | United Kingdom |
| enact Holdings Limited | United Kingdom |
| Enact Processing Solutions Limited | United Kingdom |
| enact Properties Limited | United Kingdom |
| Equity Title Insurance Agency, Inc. | Utah |
| FA Business Services, LLC | Delaware |
| FAF International Holdings B.V. | Netherlands |
| FAF International Insurance Holdings B.V. | Netherlands |
| FAF International Limited | New Zealand |
| FAF International Limited | United Kingdom |
| FAF International Property Services Holdings B.V. | Netherlands |
| FAF International Pty Limited | Australia |
| FAF International Seguros Generales S.A. | Chile |
| FAF International Sigorta Aracilik Hizmetieri Anonim Sirketi | Turkey |
| FAF Servicios Hipotecarios Limitada | Chile |
| Fairbanks Title Agency, Inc. | Alaska |
| FATCO Holdings, LLC | Delaware |
| FATNY Realty Holdings LLC | New York |
| Faxxon Legal Information Services, Inc. | Illinois |
| FCT Holdings Company Ltd. | Canada |
| FCT Insurance Company Ltd. | Canada |
| FCT Insurance Services Inc. | Canada |
| First American (India) Private Limited | India |
| First American Abstract Company | Mississippi |
| First American Administrative Services, LLC | Florida |
| First American China Holdings, LLC | Delaware |
| First American Coordination Services, LLC | Kansas |

| Name of Subsidiary: | State or Country Under Laws of Which Organized |
|---|---|
| First American Corporate Services, LLC | Delaware |
| First American Data Co., LLC | Delaware |
| First American Data Tree LLC | Delaware |
| First American Exchange Company, LLC | Delaware |
| First American Exchange Corporation | New York |
| First American Financial Corporation | Delaware |
| First American Fund Control, Inc. | California |
| First American Holdings (Mauritius) Limited | Mauritius |
| First American Holdings, LLC | Delaware |
| First American Home Buyers Protection Corporation | California |
| First American Home Warranty Corp. | Florida |
| First American International Holdings, LLC | Delaware |
| First American International Title Services Inc. | Canada |
| First American Leasing Company | California |
| First American Professional Real Estate Services, Inc | California |
| First American Property & Casualty Insurance Agency, Inc | California |
| First American Property & Casualty Insurance Agency, LLC | Delaware |
| First American Property & Casualty Insurance Company | California |
| First American Relocation Solutions, Inc. | Delaware |
| First American Servicios de Mexico S. de R.L. de C.V. | Mexico |
| First American SMS, LLC | Delaware |
| First American Specialty Insurance Company | California |
| First American Technology Advantage, LLC | Kansas |
| First American Teton Land Title Company | Wyoming |
| First American Title & Trust Company | Oklahoma |
| First American Title Company | California |
| First American Title Company of Laramie County | Wyoming |
| First American Title Company, Inc. | Florida |
| First American Title Company, Inc. | Hawaii |
| First American Title Company, LLC | Delaware |
| First American Title Company, LLC | Texas |
| First American Title Insurance Agency of Mohave, Inc. | Arizona |
| First American Title Insurance Company | California |
| First American Title Insurance Company of Australia Pty Limited | Australia |
| First American Title Insurance Company of Louisiana | Louisiana |
| First American Title Services de Mexico S. de R.L. de C.V. | Mexico |
| First American Trust, F.S.B. | California |
| First American Trustee Servicing Solutions, LLC | Texas |
| First American UCC Insurance Services, LLC | Delaware |
| First American United General Alaska LLC | Alaska |
| First American Vacation Ownership Services, Inc. | Hawaii |
| First American Vacation Ownership Services, LLC | Florida |
| First Australian Company Pty Limited | Australia |
| First Australian Title Company Pty Limited | Australia |
| First Canadian Title Company Limited | Canada |
| First European Group Limited | United Kingdom |
| First European Title GmbH | German |
| First Florida Title Insurance Agency, LLC | Florida |
| First Hong Kong Title Limited | Cayman Islands |
| First International Real Estate Solutions Limited | United Kingdom |
| First Metropolitan Title Company | Michigan |
| First Mortgage Services Limited | New Zealand |
| First Mortgage Services Pty Ltd | Australia |
| First Reliable, LLC | Delaware |
| First Security Business Bank | California |
| First Title CEE (Biztositaskovetito Korltotl Feleossegu Tarsasag) | Hungary |
| First Title Insurance Brokers Limited | United Kingdom |

| Name of Subsidiary: | State or Country Under Laws of Which Organized |
|---|---|
| First Title Insurance plc | United Kingdom |
| First Title Limited | United Kingdom |
| First Title New Zealand Limited | New Zealand |
| First Title Pacific Limited | New Zealand |
| First Title Polska Sp. Z.o.o | Poland |
| First Title Real Estate Guaranty Co., Ltd | China |
| First Title Services Limited | United Kingdom |
| Florida Sunshine Title, L.L.C. | Michigan |
| FMCT, L.L.C. | Michigan |
| FMS Administration Limited | New Zealand |
| Fortune Title Agency, Ltd | Ohio |
| Greater Michigan Title, L.L.C. | Michigan |
| Heritage Closing Services, Inc | California |
| Intertitle, Inc | California |
| Island Title Corporation | Hawaii |
| Island Title Exchange, Inc. | Hawaii |
| Johnson County Title Company, Inc. | Wyoming |
| Konstar Title Insurance Agency, L.L.C. | Michigan |
| Live Letting Exchange Limited | United Kingdom |
| Live Overseas Limited | United Kingdom |
| Los Angeles Land Title Company | California |
| Market Center Title, L.L.C. | Michigan |
| Masiello Closing Services, LLC | Michigan |
| Massachusetts Title Insurance Company | Massachusetts |
| Metropolitan Title—Wisconsin, L.L.C. | Michigan |
| Mid Valley Title and Escrow Company | California |
| Millennium Title Agency, LLC | Michigan |
| Mortgage Guarantee & Title Company | Rhode Island |
| National Default REO Services, LLC | Delaware |
| National Land Title of Tarrant, Inc | Texas |
| Nazca Solutions LLC | Delaware |
| New Reunion Title, LLC | Texas |
| Ohio Bar Title Insurance Company | Ohio |
| Pacific Northwest Title of Alaska, Inc. | Alaska |
| Pacific Northwest Title Company | Washington |
| Pacific Northwest Title Company of Kenai, Inc. | Alaska |
| Pacific Northwest Title Holding Company | Washington |
| Pacific Northwest Title of Oregon, Inc. | Oregon |
| Partners Title Agency, LLC | Michigan |
| Pioneer Agency Acquisition Company | Pennsylvania |
| Presidential Title Services A Title Agency LLC | Michigan |
| Promeric Technologies Inc. | Canada |
| Propel-LC Limited | New Zealand |
| Public Abstract Corporation | New York |
| Regency Escrow Corporation | California |
| Relocation Advantage, LLC | Delaware |
| Republic Title of Texas, Inc. | Texas |
| Rock River Title, L.L.C. | Illinois |
| Sanderson Weir Pty Ltd | Australia |
| Security Exchange Corporation | Nebraska |
| SFG Title Agency, L.L.C. | Michigan |
| Shoshone Title Insurance and Abstract Company | Wyoming |
| Smart Title Solutions LLC | Delaware |
| South East Insurance Condominium Association | Alaska |
| Southwest Title Land Company | Oklahoma |
| Sweeney Closing Services, LLC | New Hampshire |
| Team Conveyancing Limited | United Kingdom |

| Name of Subsidiary: | State or Country Under Laws of Which Organized |
|---|---|
| Texas Escrow Company, Inc. | Texas |
| The Executive Corner Title and Settlement Services, LLC | Ohio |
| The First American Financial Corporation | California |
| The Heritage Escrow Company, Inc. | California |
| The Inland Empire Service Corporation | California |
| The Live Organization Limited | United Kingdom |
| The Orange Coast Company, LLC | Delaware |
| The Title Security Group, Inc. | Puerto Rico |
| Title Insurance Agency, Inc. | Alaska |
| Title Insurance Company of Oregon | Oregon |
| Title Records, Inc. | California |
| Titlestar Mortgagee Services, L.L.C. | Texas |
| Tri-County Title Services, LLC | Michigan |
| United General Title Insurance Company | Colorado |
| Vehicle Title Agency, LLC | Delaware |
| Vehicle Title, LLC | Delaware |
| Word of Mouth Investment Consulting Co., Ltd. | China |
| Wyoming Land Title Company | Wyoming |