1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9
10
11
12

KEVIN SELKOWITZ,

       Plaintiff,

v.

CASE NO. C10-5523-JCC

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

13
14
15

LITTON LOAN
SERVICING LP, et al.,

       Defendants.

16
17
18
19  ///
20  ///
21  ///
22
23
24
25

Stipulation for Substitution
Of Counsel

Robert W. Norman, Jr.
Houser & Allison, APC
9970 Research Drive
Irvine, CA 92618
PH: (949) 679-1111
FAX: (949) 679-1112

NOTICE is hereby given that, subject to approval of the court, LITTON LOAN SERVICING LP and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., stipulate to substitute Robert W. Norman Jr., WSBA No. 37094, and Charles T. Meyer, WSBA No. 39754, of HOUSER & ALLISON, APC, as counsel of record in place of Heidi Buck of ROUTH CRABTREE OLSEN P.S.

A copy of this Stipulation and Proposed Order has been served upon both LITTON LOAN SERVICING LP and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

HOUSER & ALLISON, APC

DATED 10/17/11

Robert W. Norman, WSBA #37094
Charles T. Meyer, WSBA #39754

ROUTH CRABTREE OLSEN, PS

DATED 10/17/11

Heidi Buck, WSBA #41769

Stipulation for Substitution
Of Counsel

Robert W. Norman, Jr.
Houser & Allison, APC
9970 Research Drive
Irvine, CA 92618
PH: (949) 679-1111
FAX: (949) 679-1112