UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KEVIN SELKOWITZ,

    Plaintiff,

v.

LITTON LOAN SERVICING LP, et al.,

    Defendants.

CASE NO. C10-5523-JCC

**[PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL**

THIS COURT finds that LITTON LOAN SERVICING LP and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., have filed a joint stipulation to substitute Robert W. Norman Jr., WSBA No. 37094, and Charles T. Meyer, WSBA No. 39754, of HOUSER &

---

[Proposed] Order

Robert W. Norman, Jr.
Charles T. Meyer
Houser & Allison, APC
9970 Research Drive
Irvine, CA 92618
PH: (949) 679-1111
FAX: (949) 679-1112

1  ALLISON, APC, as counsel of record in place of Heidi Buck of ROUTH
2  
3  CRABTREE OLSEN P.S., in the above entitled case, and that good cause
4  exists to grant each parties request.
5      Counsel has certified that a copy of the Stipulation and Proposed
6  Order has been served upon both LITTON LOAN SERVICING LP and
7  
8  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
9      THE COURT HEREBY ORDERS that Robert W. Norman, Jr., and
10 Charles T. Meyer of HOUSER & ALLISON, APC, are counsel of record in
11 the above referenced matter and Heidi Buck of ROUTH CRABTREE
12 
13 OLSEN, PS, has hereby withdrawn her appearance as counsel of record in
14 the above referenced matter.
15     IT IS SO ORDERED.
16 
17 
18 DATED:____                      _____
                                    HON. JOHN C. COUGHENOUR
19 
20 
21 
22 
23 
24 [Proposed] Order                          Robert W. Norman, Jr.
                                             Charles T. Meyer
25                                           Houser & Allison, APC
                                             9970 Research Drive
                                             Irvine, CA 92618
                                             PH: (949) 679-1111
                                             FAX: (949) 679-1112