THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING LP, *et al.*,<br><br>Defendants. | CASE NO. C10-5523-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the motion to substitute counsel of Defendants Litton Loan Servicing and MERS. The motion is GRANTED. (Dkt. No. 48.) It is hereby ordered that Robert W. Norman, Jr., and Charles T. Meyer of Houser & Allison, APC, are counsel of record in this case and Heidi Buck of Routh Crabtree Olsen, PS, has hereby withdrawn her appearance as counsel of record.

DATED this 20th day of October 2011.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk