THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. C10-5523-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On June 24, 2011, this Court issued an order certifying three questions at issue in this case to the Washington Supreme Court and staying this action pending the Supreme Court's answers. (Dkt. No. 41.) On August 16, 2012, the Supreme Court issued an opinion answering the questions in part. *See Bain v. Metro. Mortgage*

MINUTE ORDER, C10-5523-JCC
PAGE - 1

*Group, Inc.*, Nos. 86206-1 & 86207-9, --- P.3d ----, 2012 WL 3517326 (Wash. Aug. 16, 2012). This action is no longer stayed.

The parties are ORDERED to confer and file a combined joint status report by Wednesday, September 19, 2012, advising the Court of the current status of this action. The report shall indicate whether either party intends to strike or move to amend or re-file any papers previously filed in light of the Supreme Court's opinion and, if so, the parties' proposal for the ordering of any such filings. If the parties are unable to agree on any part of the report, they may answer in separate paragraphs. No separate reports are to be filed.

The time for filing the report may be extended only by Court order. Any request for extension should be made in writing in the form of a motion.

DATED this 22nd day of August 2012.

William M. McCool<br>
Clerk of Court<br><br>
s/Tim Farrell<br>
Deputy Clerk