THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ, an individual,<br><br>                                    Plaintiff<br><br>v.<br><br>LITTON LOAN SERVICING LP, a Delaware Limited Partnership; NEW CENTURY MORTGAGE CORPORATION, a California Corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation ; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE Defendants 1-20, | NO. 3:10-cv-05523-JCC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTIUTION OF COUNSEL** |

TO:     Clerk of the Court; and
TO:     All parties in interest.

**PLEASE TAKE NOTICE** that **KOVAC & JONES, PLLC.**, 2050 - 112th Avenue Northeast, Suite 230, Bellevue, Washington 98004-2947, has been substituted for **RICHARD**

NOTICE OF WITHDRAWAL AND SUBSTIUTION OF COUNSEL
Page 1

KOVAC & JONES, PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

1  **LLEWELYN JONES, P.S.**, as attorneys for the Plaintiff above-named.  Any future pleadings
2  and papers are to be served upon said attorneys at the address above-stated.
3     DATED this 28th day of August, 2012.

| WITHDRAWING COUNSEL: | SUBSTITUTING COUNSEL: |
|---|---|
| **RICHARD LLEWELYN JONES, P.S.** | **KOVAC & JONES, PLLC.** |
| _signature_ | _signature_ |
| Richard Llewelyn Jones, | Richard Llewelyn Jones, |
| WSBA No. 12904 | WSBA No. 12904 |
| Attorney for Plaintiff | Attorney for Plaintiff |

NOTICE OF WITHDRAWAL AND SUBSTIUTION OF COUNSEL
Page 2

KOVAC & JONES, PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington that on this ___28th___ day of August, 2012, I caused to be delivered a copy of the foregoing NOTICE OF WITHDRAWAL AND SUBSTIUTION OF COUNSEL to the following in the manner indicated:

| | |
|---|---|
| Ann T. Marshall<br>Bishop White Marshall & Weibel PS<br>720 Olive Way Ste 1301<br>Seattle, WA  98101-1834 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |
| Heidi E. Buck<br>Routh Crabtree Olsen, P.S.<br>3535 Factoria Blvd SE Ste 200<br>Bellevue, WA  98006-1263 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |
| Kennard M. Goodman<br>Bishop White Marshall & Weibel PS<br>720 Olive Way Ste 1301<br>Seattle, WA  98101-1834 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |
| Mary Stearns<br>McCarthy & Holthus LLP<br>19735 – 10th Avenue NE, Suite N200<br>Poulsbo, WA 98370 | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |

Signed this 28th day of August, 2012 at Bellevue, Washington.

_Susan L. Rodriguez_
Susan L. Rodriguez
Paralegal to Richard Llewelyn Jones, P.S.

NOTICE OF WITHDRAWAL AND SUBSTIUTION OF COUNSEL
Page 3

KOVAC & JONES, PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322