The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LITTON LOAN SERVICING LP, et al.,<br><br>　　　　　　Defendants. | No. 10-CV-05523-JCC<br><br>STIPULATION AND PROPOSED ORDER REGARDING WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>*Note on Motion Calendar:*<br>*August 30, 2012* |

STIPULATION

By stipulation pursuant to GR 2(g)(4)(A), Robert W. Norman, Jr., Houser & Allison APC, 3780 Kilroy Airport Way, Suite 130, Long Beach, California 90806 hereby withdraws as attorneys for Defendant Mortgage Electronic Registration Systems ("MERS") in the above-captioned lawsuit and consents to the substitution of Fred B. Burnside and Hugh McCullough, Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101 as attorneys of record for MERS.  Copies of all future papers and pleadings herein, except original process, shall be served upon the substituted attorneys of record.  Substituting counsel certifies that it has served a copy of this document upon MERS.

STIPULATION/ORDER RE WITHDRAWAL & SUBSTITUTION
(10-CV-05523-JCC) — 1
DWT 20239106v1 0096475-000004

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 30th day of August, 2012.

| | |
|---|---|
| Houser & Allison APC<br>Withdrawing Attorneys for Defendant MERS | Davis Wright Tremaine LLP<br>Substituting Attorneys for Defendant MERS |
| By  *s/ Robert W. Norman, Jr.*<br>         Robert W. Norman, Jr., WSBA #37094 | By  *s/ Fred B. Burnside*<br>         Fred B. Burnside, WSBA # 32491<br><br>       *s/ Hugh McCullough*<br>         Hugh McCullough, WSBA #43166 |

### ORDER

SO ORDERED this _____ day of _____, 2012.

_____
Honorable John C. Coughenour
United States District Judge

Presented by:

Davis Wright Tremaine LLP
Substituting Attorneys for Defendant
Mortgage Electronic Registration Systems

By   *s/ Fred B. Burnside*
         Fred B. Burnside, WSBA #32491
         1201 Third Avenue, Suite 2200
         Seattle, WA 98101-3045
         Tel.: 206-622-3150 | Fax: 206-757-7700
         E-mail: fredburnside@dwt.com

---

STIPULATION/ORDER RE WITHDRAWAL & SUBSTITUTION
(10-CV-05523-JCC) — 2
DWT 20239106v1 0096475-000004

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on August 30, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Heidi E. Buck**
  hbuck@rcolegal.com,tkwong@rcolegal.com,buck4343@gmail.com
- **Kennard M Goodman**
  kgoodman@bwmlegal.com,kgoodman@kmglegal.com,dtrautman@bwmlegal.com
- **Richard Llewelyn Jones**
  rlj@richardjoneslaw.com,susan@richardjoneslaw.com
- **Ann T Marshall**
  amarshall@bwmlegal.com,dtrautman@bwmlegal.com
- **Charles T. Meyer**
  cmeyer@houser-law.com,scleere@houser-law.com
- **Robert W Norman , Jr**
  rnorman@houser-law.com,rmendizabal@houser-law.com,kdelaney@houser-law.com
- **Mary Stearns**
  mstearns@mccarthyholthus.com,gstuteville@mccarthyholthus.com,ljorgensen@mccarthyholthus.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  N/A

DATED this 30th day of August. 2012.

Davis Wright Tremaine LLP
Attorneys for Defendant MERS

By  *s/ Fred B. Burnside*
   Fred B. Burnside, WSBA #32491
   1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
   Tel.: (206) 622-3150; Fax: (206) 757-7700
   fredburnside@dwt.com

STIPULATION/ORDER RE WITHDRAWAL & SUBSTITUTION
(10-CV-05523-JCC) — 3
DWT 20239106v1 0096475-000004

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax