THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN SELKOWITZ, | CASE NO. C10-5523-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LITTON LOAN SERVICING LP, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Mortgage Electronic Registration Systems' ("MERS") stipulation and proposed order for withdrawal and substitution of counsel pursuant to General Rule 2(g)(4)(A) of the Local Rules of the Western District of Washington. (Dkt. No. 52.) The Court hereby ORDERS that leave for Robert W. Norman, Jr., to withdraw as attorney of record for MERS is GRANTED and Fred B. Burnside and Hugh McCullough are substituted as MERS' attorneys of record.

//

//

//

MINUTE ORDER, C10-5523-JCC
PAGE - 1

1     DATED this 31st day of August 2012.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk

MINUTE ORDER, C10-5523-JCC
PAGE - 2