

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
District Court Executive
Clerk of Court

**LORI LANDIS**
Chief Deputy Clerk

November 14, 2012

Clerk of the Court
King County Superior Court
516 3rd Avenue #E-609
Seattle, WA 98104

RE:   Selkowitz et al v. First American Title Insurance Company et al, CV10-5523 JCC
      King County Superior Court, 10-2-24157-4

Dear Clerk:

Please find enclosed a copy of Judge John C. Coughenour's Order remanding this case to state court in the above indicated cause. **A CD-Rom of this case file will be forwarded to you in 15 days.**

Please return the copy of this cover letter with the following information:

Superior Court Case No:    10-2-24157-4

Assigned to Judge:         _____

Completed by Deputy Clerk: _____

Sincerely,
tfarrell, Deputy Clerk

Enclosures

cc:   all counsel, court file

**10-CV-05523-AF**